# EXHIBIT 17

# TO

# DECLARATION OF

# JOHN H. LASSETTER

**In Support of Defendant's Opposition to Plaintiffs' Motion for Court-Authorized Notice Pursuant to Section 216(b) of the Fair Labor Standards Act**

Re: *Maya Crosby and Deneen Patton,* on behalf of themselves and all those similarly situated *v. Stage Stores, Inc.*

**Court File No. 18-cv-00503**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **Maya Crosby and Deneen Patton, on behalf of themselves and all those similarly situated,** | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 18-cv-00503 |
| v. | ) ) ) | Chief Judge Waverly D. Crenshaw, Jr. |
| **Stage Stores, Inc.,** | ) ) | Magistrate Judge Alistair Newbern |
| Defendant. | ) ) ) | |

## DECLARATION OF TIMOTHY MOYER

I, Timothy Moyer, hereby declare:

1.      I am the Vice President of Human Resources at Specialty Retailers, Inc. ("Stage"). I have held this position for the last 3 years and I have held a variety of Human Resources positions with Stage since 2003. I make this declaration in support of Defendant's Opposition to Plaintiffs' Motion to Conditionally Certify Collective Action and to Approve and Facilitate Notice. I have personal knowledge of the matters contained in this declaration and have knowledge based on my personal review of business records made at or near the time by someone with knowledge, and if called to do so, can testify competently to the same. All business records personally reviewed by me are kept in the course of regularly conducted business activity and were made as part of the regular practice of that activity.

2.      Stage operates over 800 specialty department stores in 42 states across the nation under the name plates: Stage, Bealls, Peebles, Palais Royal, and Goody's. Stage divides its stores into five geographic regions. Each region is overseen by a Regional Manager ("RM"). Each region is further divided geographically into 10 to 13 districts. Every district is overseen

by a District Manager ("DM"), who reports directly to the region's RM. Each district is assigned between 12 and 20 stores. Every store is overseen by an overtime exempt Store Manager ("SM"), who reports directly to the district's DM.

3.    In addition to the SM, each store employs a number of hourly employees in a variety of positions. The vast majority of the hourly employees in Stage's retail stores work part time schedules. Each store employs at least one Assistant Store Manager ("ASM") who is compensated on an hourly basis and who are eligible for overtime. Each store also employs a number of associates in a variety of hourly, overtime eligible positions, including: Beauty Advisor, Cosmetic Sales, Beauty Counter Manager, Sales Associate, Custodian/Freight Associate, eCommerce Fulfillment Associate and Visual Associate. Stage currently employs over 8,100 hourly employees in its over 800 retail locations.

4.    Stage's employees at its retail locations clock-in and out through a simple software program available to them through the sales registers located in the stores. Employees clock-in and out using a unique "Associate Number" they are assigned by Stage. The registers and timekeeping software should be available to associates to use any time that they are in the store, regardless of whether the store is open for business. Stage policy requires associates to "clock in/out properly and inform management of any corrections to time."

5.    In December 2015, Stage reminded associates and managers of its timekeeping policy through a message that appeared whenever an associate or manager clocked-in at the register. The message specifically stated that "Associates are NEVER to work 'off-the-clock'. Associates are to be paid for all hours worked and any tasks performed."

6.    Stage's comprehensive employment policies explicitly require all non-exempt employees to accurately report all working time and warn that a failure to do so constitutes a

terminable offense. Stages policies further prohibit all employees, including RMs, DMs, SMs, ASMs, from instructing or encouraging employees to work off-the-clock. These policies are communicated to employees in a variety of ways, including through Stage's written policies (including Stage's Associate Handbook), time-keeping software, daily updates and weekly planners, and written training materials.

7. Attached herein as **Exhibit A** is a true and correct copy of the relevant Employee Handbook.

8. Attached here as **Exhibit B** is a true and correct copy of Plaintiff Crosby's signed Associate Handbook acknowledgement.

9. Attached here as **Exhibit C** is a true and correct copy of Plaintiff Patton's signed Associate Handbook acknowledgement.

10. Stage's Store Policy and Procedure Manual (the "SPP Manual"), which SMs and ASMs are responsible for knowing, understanding, and enforcing also memorializes Stage's timekeeping policies. Attached herein as **Exhibit D** is a true and correct copy of the Time Clock and Timekeeping policies from the SPP Manual.

11. Stage's Code of Ethics and Business Conduct explicitly prohibits falsification of payroll records. All employees, including DMs, SMs and ASMs are trained on Stage's Code of Ethics and Business Conduct at or around their time of hire. Attached herein as **Exhibit E** is a true and correct copy of Stage's Code of Ethics and Business Conduct.

12. Stage's policy prohibiting time-shaving is further emphasized in training that all managers undergo. Since January 18, 2017, Stage SMs and ASMs are required to undergo a training entitled "Keeping Accurate Time Records." This training covers Stage's longstanding policies regarding timekeeping, including Stage's policy that explicitly prohibits time shaving.

Attached herein as **Exhibit F** is a true and correct copy of Stage's Timekeeping Training materials.

13.     As of August 1, 2018, over 89 percent of Stage's SMs and ASMs had completed this training and had acknowledged Stage's timekeeping policies at the conclusion of the training, including Named-Plaintiff Daneen Patton.  Attached herein as **Exhibit G** is a true and correct copy of Deneen Patton's timekeeping training acknowledgment.

14.     In November 2017, in order to further enhance compliance with its timekeeping policies at the store level, Stage began requiring managers to complete a "Timekeeping Correction Form" each time they corrected a time punch in the timekeeping system.  Managers are expected to ensure that employees sign off on any corrected time punches using this form. Attached as **Exhibit H** is a true and correct copy of the Timekeeping Correction Policy Update.

15.     Stage maintains a Key Line for anonymous complaints that employees can use to report timekeeping concerns.  Employees are also made aware of the Key Line and the Human Resources hotline through a variety of other means, including written postings in each store.

16.     Stage's timekeeping policies are consistently discussed and reiterated in daily and weekly communications that are sent to each store and that SMs and ASMs are expected to review and acknowledge.  Attached as **Exhibit I** is a true and correct copy of the April 8, 2016 Daily Update that contains a reminder regarding Stage's policy and consequences for working off-the-clock.

17.     Stage also sends Weekly Planner documents to Managers.  Attached as **Exhibit J** is a true and correct copy of the April 3-9, 2016 Weekly Planner.

18.     Store Managers attend a weekly company-wide conference call during which Stage's timekeeping policies are routinely emphasized.  The Company also has periodic district

calls that DMs and RMs attend during which the company's timekeeping policies are emphasized. For example, during an April 2017 conference call, Stage's policy prohibiting off-the-clock work was discussed and District and RMs were reminded that per the Associate Handbook, it is illegal for hourly paid Associates to work off-the-clock and not receive compensation for all time worked. They were also reminded that they should ensure that managers understand that associates are not to work off-the-clock before or after their scheduled shift, even if cleaning up or completing tasks that should have been done during the shift.

19. Despite Stage's clear and consistent communication of its expectation that employees be paid for all hours worked and its strict prohibition of time-shaving, isolated incidents of manager misconduct have been investigated and remedied. Stage has investigated allegations of time-shaving or off-the-clock work in approximately 40 of its 800 stores. Stage's Human Resources department has thoroughly investigated each such allegation. Each investigation has been conducted by a Human Resources Manager with guidance from the Vice President of Human Resources for Stores.

20. At the outset of each investigation, the investigator speaks with the SM alleged to have engaged in time-shaving or in encouraging employees to work off-the-clock to ensure they understand Stage's policies. The investigator then typically interviews the complaining employee or employees. The investigator then conducts a thorough and detailed review of the time records from the store in question to determine whether inappropriate changes have been made to employees' time records. Stage's timekeeping system allows the investigator to see each employee's original time punches, any changes that were made to those punches, and who made those changes.

21.    If the investigation reveals that time has inappropriately been shaved from employees' time records or that employees have inappropriately worked off-the-clock, Stage calculates the amount of wages each employee should have been paid, including any unpaid overtime premium where applicable.  Stage then sends a letter to each affected employee and former employee explaining that it has discovered the unpaid time, asking the employee to verify that he or she worked the time, and asking the employee whether they were not paid for any additional time.  Stage then compensates each affected employee for any unpaid time identified and investigates any additional allegations that arise through this process.  Stage terminates the employment of managers who it determines have engaged in time-shaving or who have encouraged or directed employees to work off the clock.

**PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Date: _10/9/18_                    Signature: _____

**TIMOTHY MOYER**

FIRMWIDE:157980557.1 098440.1004

# EXHIBIT A

# TO

# AFFIDAVIT OF
# TIMOTHY MOYER

**In Support of Defendant's Opposition to Plaintiffs' Motion for Court-Authorized Notice Pursuant to Section 216(b) of the Fair Labor Standards Act**

**Re:** *Maya Crosby and Deneen Patton,* **on behalf of themselves and all those similarly situated** *v. Stage Stores, Inc.*

**Court File No. 18-cv-00503**

Associate Handbook

# TABLE OF CONTENTS

I.    WELCOME TO OUR TEAM............................................................ 1

II.   ABOUT YOUR EMPLOYMENT...................................................... 4

III.  THINGS TO KNOW ABOUT WORKING HOURS AND PAY............ 6

IV.   WORK STANDARDS AND EXPECTATIONS................................. 8

V.    YOUR BENEFITS..................................................................... 12

VI.   ABOUT YOUR SAFETY............................................................ 17

VII.  ONE VOICE CAN MAKE A DIFFERENCE................................... 19

VIII. OPPORTUNITIES, REWARDS, RECOGNITION, IT'S ALL UP TO YOU!.. 20

A FINAL THOUGHT......................................................................... 21

INDEX......................................................................................... 22

This handbook supersedes any previous handbook distributed before August 2012.

*6/2013*        Where teamwork goes, success follows...

Confidential
STAGE (Crosby) 0001467

Confidential
STAGE (Crosby) 0001468

# Chapter 1
# WELCOME TO OUR TEAM

## A MESSAGE FROM THE
## PRESIDENT AND CEO

Welcome to our team. We are very glad you're here. We hope you will find your work here interesting and rewarding.

Headquartered in Houston, Texas, Stage Stores, Specialty Retailers Inc. (hereinafter referred to as "STAGE" or "Company") operates hundreds of stores under the trade names of BEALLS, GOODY'S, PALAIS ROYAL, PEEBLES, STAGE AND STEELE'S. The majority of our stores are located in the south central and eastern United States, predominantly in smaller communities.

We believe our concept, bringing brand name apparel to small town America, is a strong one; but only as strong as all of our associates. You have joined a company dedicated to delivering each and every customer *"Total Satisfaction."* Whether you work in our Corporate Office, one of our Distribution Centers, or Stores, you are always servicing a customer! Our success is a result of this belief. It is important to your success that you believe in the customer too.

This handbook is a guide, designed to assist you in understanding your new company, and in making your transition a smooth one. This book is one of several references for general company information, policies and procedures, and benefits available to you. Review it carefully, and keep it close by for future reference. If you have additional questions, remember to always ask your supervisor.

Every day there will be new challenges and new opportunities. One thing is certain; if you work hard and strive to be the best at everything you do, your success will be assured.

*Michael*

Michael Glazer
President and Chief Executive Officer

Confidential
STAGE (Crosby) 0001469

## OUR MISSION STATEMENT

STAGE brings nationally recognized brand name apparel, accessories, cosmetics and footwear for the entire family to small towns and communities.

## OUR COMMITMENT TO EXCELLENCE

We believe strongly in following ethical business practices, and we intend to operate a scrupulously honest business. Our customers, associates and vendors expect to be treated fairly and with respect in all business relationships. WE will always uphold its reputation for honesty, fairness and integrity.

We believe our greatest asset is our associates. Coupled with our belief in strong ethical business practices, we pledge to you:

- to be courteous and considerate to every associate, respecting everyone as an individual.

- to be fair and consistent without prejudice.

- to keep associates informed about our Company.

- to encourage associates to voice their opinions freely about the programs and practices that permit them to take pride in our Company.

- to provide consideration for any job or personal problem our associates may have.

- to develop our associates to improve their skills and prepare for advancement.

- to promote within the Company whenever qualified associates are available.

- to provide and maintain safe, clean and orderly work facilities and areas.

- to maintain a standard of pay and benefits that is competitive in our industry.

- to operate in full compliance with all federal, state and local laws affecting our associates.

Company management holds each manager and supervisor, who directs the work of others, responsible for the execution and implementation of the above set of principles.

## OUR COMMITMENT TO COMMUNICATIONS

Our goal is "to keep associates informed of the policies, plans, problems and progress of the Company, including those of the specific department or division in which the associate works."

We welcome a free exchange of communication between associates and management at all levels. We believe that this is the best method of communicating with one another and we encourage you to openly discuss your ideas or problems with us at any time. Here are some of the ways effective two-way communication is achieved:

### You and Your Supervisor

Supervisors are your most important source of information. They will keep you informed of things happening within your own department that might affect how you do your job. Check with your supervisor or manager on anything you do not understand. Your supervisor is always willing to discuss situations and/or problems which may adversely affect your work. We believe an "open door" policy will allow you to voice your concern appropriately.

### Bulletin Boards

Bulletin Boards are maintained in every location. Check them often - they communicate important company business messages. Personal notices, posters or other material may not be posted without the permission of your supervisor. Personal materials must be non-offensive and compatible with Company policies.

Confidential

STAGE (Crosby) 0001470

### Suggestions and Ideas

Our associates are often our best sources of new ideas. The Company encourages you to communicate your suggestions for making us a better place to work, as well as your ideas on how to do things better and more profitably. We have an open door policy where you can feel free to give your suggestions to your supervisor. You can also feel free to send your ideas to the Corporate Office. We can't always implement every suggestion, but when it makes good business sense to do so, we will.

### OUR COMMITMENT TO CUSTOMER SERVICE

Our commitment to customer service is real, from senior management to our front line associates in all locations. Keep in mind, always consider your customer (internal or external).

#### *Our Stores*

...insure customer satisfaction by treating every customer as a welcome guest.

#### *Our Distribution Centers*

...move merchandise through the facilities quickly and accurately, so it gets to the stores where it can be sold.

#### *Our Corporate Office*

...provide strategic support for all these locations (stores & DCs) so we may effectively service our customers.

# Chapter 2
# ABOUT YOUR
# EMPLOYMENT

**ASSOCIATE HANDBOOK**

This handbook is an overview of our Human Resource policies, benefits, standards, and expectations. You are responsible for being familiar with this information and more importantly, for complying with policies and maintaining standards that make us a company you'll be proud to work for. The Company reserves the right, without advance notice, to

Case 3:18-cv-00503  Document 43-17  Filed 10/10/18  Page 13 of 96 PageID #: 1060
Confidential                                                                    STAGE (Crosby) 0001471

amend, delete, or add policies or procedures as deemed appropriate. This handbook does not create contractual rights of employment for associates.

## EQUAL EMPLOYMENT OPPORTUNITY

The Company adheres to a policy of nondiscrimination for all associates and job applicants. This includes, but is not limited to, recruitment, hiring, training, transfer and promotion, compensation, benefits and all terms of employment. This policy will not be influenced in any manner by race, religion, color, national origin, age, sex, marital status, pregnancy, genetic information or disability. All aspects of employment will be governed on the basis of individual experience, skills, ability, attitude and potential, without bias or prejudice.

## "AT WILL" EMPLOYMENT RELATIONSHIP

It should be understood that your employment is "at will" and can be terminated by you or the Company at any time, with or without any previous notice. There is no express or implied contract of employment for any particular length of time, nor is there any implication that any other information contained in this handbook or anywhere else constitutes a contract of employment. The existence of a dispute resolution program or a termination procedure, in no way implies a "just cause" only termination policy.

## PERSONNEL FILES

A personnel file is created for you at your time of hire. It is important that all information in your file is current information.

Please report changes immediately to your supervisor. Notify your supervisor of:

- change in your address or telephone number;
- your marriage, divorce or legal separation;
- birth or death of any dependent;
- beneficiary change;
- legal change in your name; and/or

- W-4/State exemption change.

## DISPUTE RESOLUTION PROGRAM

Our Company is committed to building strong working relationships. One way we do this is through our Dispute Resolution Program. This program builds on our current foundation of trust and openness by defining a process that resolves issues through open communication.

The Dispute Resolution Program requires that any dispute involving a legally protected right between you and the Company or its subsidiaries, or claim by either of us against the other, must be resolved through internal Company procedures or through mediation or final and binding arbitration, subject to certain exceptions detailed in the program booklet. No such dispute or claim can be taken to court or heard by a jury. This includes, but is not limited to, any claim or dispute you might have involving a Company officer, director, owner, affiliate, representative, or employee. It also includes, but is not limited to, any claim based upon a failure or a refusal to hire.

A copy of the complete Dispute Resolution Program is available to you upon request by contacting Associate Relations at 800-804-1507. Any offer of employment by the Company will be in consideration for and subject to your agreement to be bound by the Dispute Resolution Program. If you choose now, or in the future, not to comply with the Dispute Resolution Program or any other policy or procedure described in the Associate Handbook, your employment may be terminated. Even if your employment is terminated (voluntarily or involuntarily), the Dispute Resolution Program will continue to apply. Ask your supervisor or refer to your Dispute Resolution booklet for further details.

## UNION POLICY

We are a non-union company and take pride in being able to communicate directly with all our associates. We wish to remain non-union. It is

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 14 of 96 PageID #: 1061
Confidential
STAGE (Crosby) 0001472

our feeling that unionization would disrupt effective, direct communication between supervisors and associates. We accept the responsibility to provide the best working conditions, salary and benefits we can, as well as being responsible management. Our Company policies and procedures allow our associates to discuss and resolve their issues.

## ASSOCIATE RESIGNATION

If you wish to resign, we ask that you provide two weeks' notice. Please notify your supervisor as soon as possible. Any earned wages will be paid according to the applicable state law.

## RETURN OF PROPERTY

At the time of hire, you may be assigned items belonging to the Company (ID badges, discount cards, etc.). These items must be returned on your last day. In the event the item(s) are not returned, the Company reserves the right to contact you and request Company property.

Confidential

STAGE (Crosby) 0001473

# Chapter 3
# THINGS TO KNOW ABOUT WORKING HOURS AND PAY

## WORKING HOURS

Each area or location has its own work schedule, which you will learn from your supervisor. Working schedules and lunch periods are established in all areas to operate at the highest efficiency and provide the best service to our customers.

Your supervisor will inform you of your work hours. It's important to be ready for work in your assigned area when scheduled and comply with applicable legislation for your state.

## TIME KEEPING

### For All Store Associates and Hourly Associates at Corporate and DC:

The Company uses a clocking system for recording hours worked. You will be trained in the appropriate procedure in your work location.

To be sure that your time worked will be recorded accurately, always CLOCK IN AND OUT as instructed.

It is illegal to work off the clock and not receive compensation for all time worked.

**Four (4) very important rules:**

1. Clock in and go directly to work.

2. Do not clock in or out for anyone else, nor ask anyone to clock in or out for you.

3. Do not clock in before your scheduled starting time or out after your scheduled ending time unless you have been specifically asked to do so by your supervisor. If you do arrive early, you may wait in an area designated by your supervisor until your scheduled starting time.

4. If you make an error, immediately inform your supervisor.

## BREAK PERIODS

Break periods are provided for you to take care of your personal needs and for relaxation. You may not extend your break period or leave your workstation at other times without permission from your supervisor. Ask your supervisor for information concerning procedure and place to take your breaks.

A meal break (unpaid) is provided when you work more than 6 hours, unless state law indicates a more generous break policy (in this case, state law will supersede company policy).

Confidential

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 16 of 96 PageID #: 1063

STAGE (Crosby) 0001474

## PAYDAY

Our policy is to pay wages and salaries that are competitive with pay for similar work in other companies in our area. Pay increases, when granted, are always effective at the beginning of a pay period. The payroll week is Sunday through Saturday.

All Associates are paid bi-weekly (every other Friday). Upon hire, you will receive a paycard on which your pay will be deposited on payday. You may elect to continue to receive your wages via the paycard or you may elect direct deposit of your wages into your personal account. If you elect direct deposit, it may take a couple of pay periods before the direct deposit takes effect. In the meantime, you will continue to receive your pay via the paycard. Ask your supervisor for details.

## PAYCHECK DEDUCTIONS

Every paycheck you receive will have some money taken out for what are called "deductions." The Company is required to make deductions for Federal Income Tax, Social Security Tax, and State/Local Income Tax when applicable. For these taxes, we merely serve as a collection agency and pass your deduction on to the appropriate government agency. If you have a question about a deduction, discuss with your supervisor or contact the Payroll Department.

There are other deductions you may want to authorize for group medical benefit payments, voluntary term life insurance and 401K savings plan, etc. If you have a question about a deduction, please discuss it with your supervisor or contact the Benefits Department.

## OVERTIME

Overtime will be paid to hourly associates for all hours worked in excess of 40 hours in any seven (7) day period, Sunday through Saturday. Vacation pay, holiday pay, sick pay, jury duty and bereavement pay are not counted or considered as hours actually worked for the calculation of overtime pay in any pay period. If overtime is necessary, it is paid at time-and-one-half your regular rate. Any exceptions to this policy would be to comply with certain state laws. ALL OVERTIME MUST BE APPROVED IN ADVANCE BY YOUR SUPERVISOR OR MANAGER.

Confidential

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 17 of 96 PageID #: 1064
STAGE (Crosby) 0001475

# Chapter 4
# WORK STANDARDS AND EXPECTATIONS

## CODE OF ETHICS AND BUSINESS CONDUCT

We are committed to providing a safe and respectful workplace for our associates at all locations and a comfortable place of business for our customers. We will operate our business with honesty and integrity. The Company maintains a policy of zero tolerance for overt acts of misconduct. All associates are expected to behave in a professional manner.

## CONSTRUCTIVE DISCIPLINE

All associates share in the responsibility of maintaining an environment that is professional, pleasant and productive. There are acts that will lead to disciplinary action, up to and including termination. Some are listed below:

- unsatisfactory job performance
- excessive tardiness and absenteeism
- unauthorized and excessive breaks
- violation of safety and health regulations
- abuse of the associate discount privileges
- loud or abusive language to customers, co-workers or visitors
- overt threats of violence or aggressive behavior which threaten the safety of others
- unprofessional conduct both on and off the job which discredits/ disrupts operations
- possession/use of any weapon while on the premises of any Company property
- possession, distribution, sale, transfer/use of alcohol or illegal drugs while on the premises of any Company property

- working under the influence of alcohol/illegal drugs
- refusing to submit to a drug screening
- unlawful discrimination (sexual or otherwise) toward anyone
- refusing a reasonable work-related directive of a supervisor or authorized manager
- unauthorized disclosure of confidential information
- falsification of Company documents/ statements, including time keeping or credit records
- theft or unauthorized removal of Company or co-worker property or funds
- mishandling/abuse of Company property, telephone, e-mail, internet, or mail
- non-protection of Company assets
- failure to cooperate in a Company investigation

Many of the offenses listed above will be cause for immediate termination. It is not possible to list all of the items that could be considered terminable offenses. It is your responsibility to behave professionally. More specific references to the Company's standards of conduct are found in the Code of Ethics and Business Conduct and other policy documents. Ask your supervisor if you have any questions.

## ATTENDANCE

You are expected to be on time and work your schedule each day. In the event you are unable to do so because of illness or other unavoidable reasons, you must notify your supervisor in advance of your absence or late arrival. This allows work schedules to be adjusted to maintain sufficient coverage.

If you are absent more than one (1) day, call your supervisor daily while you are out, and again

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 18 of 96 PageID #: 1065
Confidential
STAGE (Crosby) 0001476

prior to your reporting back to work. If your illness extends beyond three (3) days, you will be asked to submit a physician's statement before returning to work. If you are out due to extended illness, contact your supervisor weekly, as Leave of Absence benefits may apply.

In all cases, remember to notify your supervisor in advance of your absence or tardiness. If your absenteeism or tardiness should become excessive, you will be counseled by your supervisor. Excessive absence is defined as ten (10) days in 12 months spread over two or more separate absences, or five (5) separate absences in a 12 month period. If the problem is not corrected, additional disciplinary action will be taken, up to and including termination.

## TARDINESS

You are considered late if you report to work any time after your scheduled starting time. This also applies to breaks. Habitual tardiness or the failure to record time correctly will be cause for disciplinary action.

## ABSENCE WITHOUT NOTICE

In order for us to operate our business effectively, we ask that you keep us informed when you are going to be off work for any cause. If you fail to notify your supervisor after two (2) consecutive absences of scheduled workdays, we will presume you have resigned voluntarily and you will be terminated from employment (where applicable under state law).

If you need to leave work for any reason before the end of your scheduled shift, you must obtain authorization from your supervisor. Failure to notify your supervisor could also involve disciplinary action, up to and including termination.

## DRESS REGULATIONS

We have dress regulations for each location - Stores, Corporate Office, and Distribution Centers. Our dress regulations are intended to ensure a professional work environment, address safety concerns, and for those associates who come in direct contact with customers or outsiders, present an image consistent with our business as a fashion retailer.

Your supervisor will discuss your location's specific guidelines. (S)he is the final authority on appropriate dress for your location. Each location also has specific requirements for name tags and identification badges.

## CONFIDENTIAL INFORMATION

Every associate is expected to ensure the confidentiality of Company information. Please make certain that you do not exchange any passwords or confidential information relating to the Company's business outside of your job duties. Depending on your job responsibilities, you may come into contact with customer's private information such as payment card account numbers. It is every associate's responsibility to protect the privacy and security of private information they come into contact with.

Your salary should also be considered confidential, as it is a matter of interest only between you and the Company. Disclosure of confidential Company or customer information will result in disciplinary action, up to and including termination.

Upon leaving employment, all proprietary information (disks, files, documents, etc.) and any copies of same, must be returned to your supervisor. To find out more information, please contact your supervisor.

## PERSONAL COMMUNICATIONS

Please ask your relatives and friends not to call or visit you during your scheduled working hours. These are considered interruptions of your work. Make your personal calls during your breaks. Of course, emergency calls where it is vital to reach the associate are permitted.

In our stores, pagers, cell phones, or other personal communication devices are prohibited on the sales floor. In the Distribution Centers, cell phones are not allowed in the processing areas. Pagers are allowed in the Distribution Centers;

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 19 of 96 PageID #: 1066
Confidential
STAGE (Crosby) 0001477

however, associates may only return calls at scheduled break periods.

## INTERNET AND E-MAIL

The use of the Internet and E-mail is strictly limited to appropriate business purposes, at all times, and all laws and regulations applicable to the Internet are to be followed. Improper usage can impose both you and the company to legal liability. Failure to comply with company policy may lead to disciplinary action, including termination.

## CONFLICTS OF INTEREST

While working for the Company, any associate in a leadership role may not work for another retailing competitor or operate any business that engages directly or indirectly in marketing similar goods, products or services as the Company.

Additionally, to assist us in maintaining a professional work environment, we will at no time allow a supervisory relationship between relatives, whether direct or indirect.

## EATING AND DRINKING

Each location has designated areas for eating or drinking during breaks. Associates who come in direct contact with customers either on the sales floor or on the telephone may not chew gum, eat or drink while on duty, since it detracts from your professionalism and interferes with customer service. Ask your supervisor for guidelines and locations.

## SMOKING

Smoking or use of any tobacco products is not permitted at any time in any of our facilities. You may only smoke during breaks in designated smoking areas.

Our benefits program requires that tobacco users be charged with a tobacco user's surcharge for any associate enrolled in the medical plan.

## PARKING

Your supervisor will advise you regarding the parking regulations for your location. Please remove your valuables, lock your car, and park in your designated location.

You will be responsible for any tickets or damages resulting from parking in an illegal area. Customer service is our top priority always. As a result, all associates, regardless of the locations where they work, should leave front spaces for customers when visiting a store on Company business.

## ASSOCIATE CHECK WRITING POLICY

All associates may write personal checks to purchase merchandise.

Any associate who writes a non-negotiable check is in violation of State Penal Codes and will be charged in the same manner as a customer. Violations could result in forfeiting all check writing privileges and will result in appropriate disciplinary action, up to and including termination.

Associates are required to make full restitution within one week for any non-negotiable check. Failure to make restitution will result in immediate termination.

## FRIENDS' AND RELATIVES' PURCHASES

Associates may assist their friends and relatives with selecting merchandise; however, only a member of management can ring the purchase.

## SOLICITATIONS

The Company does not allow outsiders to enter our premises to solicit, canvass or to distribute literature, regardless of the reason. Our associates cannot properly perform their work if interrupted by such solicitation or distribution. This policy will further safeguard our associates' free access to and from work and their right of privacy.

In addition, we do not allow associates to solicit or to distribute literature to other associates during working time. Working time does not include authorized periods of off-duty time (e.g., break time).

Confidential

Further, no person or organization is allowed to sell or take collections on Company property at any time without prior approval of management.

Company-wide solicitations are authorized for charitable organizations such as food drives and blood drives.

If any person, associate or otherwise, attempts to solicit an associate for any reason in violation of these rules, please report it immediately to your supervisor or to the Human Resources Department.

## NON-HARASSMENT

We insist on considerate, respectful behavior toward customers, fellow associates and supervisors. It is the policy of the Company to prohibit harassment, including sexual harassment, of its associates in the workplace by any person and in any form.

Additionally, no management shall threaten or insinuate, either explicitly or implicitly, that an associate's employment, performance evaluation, wages, advancement, assigned duties, shifts, or any other condition of employment or career development is dependent upon submission to sexual harassment.

Sexual Harassment includes, but is not limited to:

- Conduct that involves unwelcome or unsolicited sexual advances
- Request for sexual favors
- Annoying behavior that is sexually motivated
- Other undesirable verbal or physical conduct of a sexual nature

Specifically, the Equal Employment Opportunity Commission (EEOC) defines sexual harassment as "any unwelcome or unsolicited sexual advance, verbal or physical contact of a sexual nature that is a condition of employment, is a basis for personal decisions or creates an offensive work environment as to interfere with an individual's work performance."

Each manager has a duty to maintain a workplace free of sexual harassment. All associates have a

duty to report any sexually harassing conduct in the workplace, whether committed by a supervisory or non-supervisory associate. Supervisors and/or managers will not initiate or maintain romantic or overly close social relationships outside the scope of normal business activities, with any other Associate in their same store or work area who is under their supervision, either directly or indirectly. Even though such relationships may not constitute sexual harassment, they may suggest preferential treatment for the individual(s) involved and therefore should be avoided.

Harassment of any type will not be tolerated and must be reported immediately to management or the Human Resources Department at: (800) 804-1507 for Houston Division and Steele's Associates or (800) 527-1264 for South Hill Division Associates.

If it is determined that any associate has encouraged, participated in or permitted a harassment violation, the associate will be subject to appropriate disciplinary action, up to and including dismissal.

## DRUGS AND ALCOHOL

The Company is committed to providing a safe, healthy and secure work environment, and all associates are expected to maintain an environment that is free from alcohol and drug abuse.

To maintain our Drug Free Workplace, the Company conducts drug screening. You may be asked to participate in a drug screening at any point during your employment, possibly without advance notice. Failure to cooperate will result in disciplinary action including immediate termination.

The Company defines being "impaired" or "under the influence" when an associate who has used drugs or alcohol reports to work and, in the opinion of management, his/her behavior is (1) adversely affecting job performance or (2) is considered a detriment to our business or (3)

Confidential

STAGE (Crosby) 0001479

poses a risk to the safety of others, to yourself, or to property.

Associates are prohibited from using, possessing, manufacturing or transferring alcohol, drugs or other controlled substances on Company property or in Company vehicles. Misuse of prescription drugs is also considered to be a violation of this policy. Violations will result in removal from the work site and disciplinary action, up to and including immediate dismissal.

Any associate convicted of violating Federal or State laws against the use, transfer or possession of illegal drugs or controlled substances is considered to have violated Company policy. Associates are required to report any such convictions to management within five days of the convictions and are subject to disciplinary action, up to and including termination.

# Chapter 5
# YOUR BENEFITS

We offer a very competitive benefits package, which is an important part of your overall compensation. It is important you understand your benefit plans, because you must adhere to restrictions regarding enrollment eligibility. We offer a toll free number (1-800-797-2817) to all associates if you have any questions regarding your benefits. The details of these plans are contained in separate packets available to you from the Benefits Department.

## BENEFITS ELIGIBILITY

Benefits eligibility is determined by associate classification.

There are three major classifications of regular associates:

- Full-time - Salaried

- Full-time - Hourly
- Part-time - Hourly

At certain times of the year, some locations may also have seasonal and on-call associates. "Regular" associates are eligible for benefits based on their classification.

## DISCOUNT PROGRAM

Upon date of hire, you and your authorized dependents become eligible for an associate discount on purchases at any Company location. Discount cards are issued within 30 days for you and your spouse, and for dependents over 14 years old.

Dependents are defined as:

- any child between the ages of 14-19
- any child between the ages of 19 and 25, that is a full-time student, and is dependent upon you for support
- any child, regardless of age, with a mental or physical disability who is dependent on you for support

The amount of discount for full-time and part-time associates will increase with years of service(excludes Steele's Associates).

- 0-2 years = 20%
- 2-5 years = 25%
- 5+ years = 30%

The discount for Steele's store locations and the discount for Cosmetics and Fragrances in all stores is 20%.

When making a purchase, it is important to identify yourself as an associate, and you will need your discount card and a picture ID. Remember, the discount is a benefit provided to you and your family.

Do not abuse this privilege as it may result in disciplinary action, including termination. Some examples of discount abuse are:

Confidential

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 22 of 96 PageID #: 1069
STAGE (Crosby) 0001480

- Purchasing merchandise with an associate discount for someone else's use and being reimbursed by the non-dependent

- Allowing non-dependents to use the associate discount card to purchase merchandise

- Purchasing merchandise with an associate discount and returning it for a refund at a higher amount than originally paid

- Asking an associate with longer service to purchase merchandise with their higher discount and then reimbursing the associate

Associate purchases must be rung at the Service Desk.

## HEALTH BENEFITS

As a newly hired full-time associate or an associate who has transferred to full-time status, you are eligible for health benefits to begin on the first of the pay period following your 60th day of employment as a full-time associate. It is important you submit your enrollment forms prior to that 60 day deadline, to ensure your benefits become active on your effective date. If you decline coverage when first eligible, you may have to wait until the next open enrollment period to apply for coverage.

### Medical / Dental / Vision

We offer comprehensive medical, dental , and vision coverage. The choices offered to our associates may vary dependent on your location. Information on these plans will be sent to you from the Benefits Department.

### Group Life

On the first of the pay period following 60 days of employment as a full-time associate, the Company provides, at no cost to you, term life insurance equal to your annual salary rounded up to the next $1,000. In addition to the coverage the company provides, you may also purchase:

- Additional life insurance coverage equal to either one or two times your annual salary rounded up to the next $1,000

- Dependent Life coverage for your spouse and eligible children

- Accidental Death and Dismemberment Coverage

The Benefit Enrollment/Change form (1098) must be completed by every full-time associate and sent to the Benefits Department within the first 30 days of employment indicating a beneficiary for your life coverage (even if you are declining medical and dental coverage). Contact the Benefits Department at (800) 797-2817 with any questions regarding medical, dental or life benefits.

## FLEXIBLE SPENDING ACCOUNT (FSA) PLAN

As a full-time associate, you become eligible to participate in the Flexible Spending Account Plan on the first of the pay period following 60 days of employment from your date of hire or date of transfer to a full-time associate. The Flexible Spending Account is a benefit provided to assist you in increasing your spendable income by saving money through "pre-tax" contributions. There are three components to the FSA Plan:

1. Premium Conversion - Medical, Dental and Additional Life and AD&D Insurance deductions are taken on a "pre-tax" basis

2. Medical Reimbursement Account - Pre-tax dollars set aside for non-insured medical expenses

3. Dependent Care Reimbursement Account - Pre-tax dollars set aside for dependent care expenses

Call the Benefits Department at (800) 797-2817 for further details.

## LEAVES OF ABSENCE

Based on your length of service, you are eligible for a leave of absence, which is a temporary suspension of employment for a specific time period. All leaves must be requested in advance

Confidential

STAGE (Crosby) 0001481

(if reasonably possible) in writing and approved by the Company. There are seven (7) types of leave:

- Associate Medical
- Family Medical
- On the Job Injury
- Associate Personal
- Associate Military
- Military Caregiver
- Qualifying Exigency

For more information regarding leaves of absence, talk with the Benefits Department at (800) 797-2817.

## TIME OFF BENEFITS

### Sick Pay

Once you have been with the Company as a full-time hourly associate for six (6) months, you are entitled to "sick pay" if ill or disabled.

Benefits begin after meeting a "one day" wait; however, the one day wait may be waived if acceptable medical proof of illness or injury is submitted (i.e., physician's office visit receipt). If out three (3) or more consecutive days, the associate must file for an Associate Medical Leave of Absence in order to be paid sick pay.

Benefits are based on length of service as follows:

| | |
|---|---|
| Up to 6 months | None |
| 6 months to 1 year | 5 days |
| 1 year and over | 10 days |

#### *You should know:*

- Sick pay is counted on a "calendar year" basis and cannot be carried from one year to the next.
- Sick pay cannot be used for personal time off, vacation time, or to take care of

a sick child or spouse, nor are any unused days payable to an associate upon termination of employment (either voluntary or otherwise).

### Short Term Disability

We offer short-term disability once sick time has been used and an associate remains out on medical leave. It is available to full-time hourly associates who have been with the Company for six (6) months or longer and who will be out on an Associate Medical Leave of Absence (away from work due to illness/injury for more than three days). Short Term Disability Pay is counted on a "calendar year" basis and cannot be carried over from one year to the next.

Benefits begin after all available sick pay has been used and are based on length of service as follows:

| | |
|---|---|
| Up to 6 months | None |
| 6 months to 1 year | 4 weeks at 50% pay |
| 1 year to 5 years | 6 weeks at 50% pay |
| 5 years and over | 10 weeks at 50% pay |

Example: An associate has 6 years of service and will be on an Associate Medical Leave of Absence for 6 weeks and has not used any sick pay or short term disability prior to going out on leave. Associate is entitled to receive 2 weeks (10 days) of sick pay at 100% and 10 weeks at 50% pay of short-term disability.

### Bereavement Benefits

Regular full-time associates may receive up to three days off with pay in the event of death of an immediate family member. Immediate family is defined as spouse, child, mother, father, brother, sister, mother-in-law, father-in-law, grandparent or grandchild.

### Jury Duty

Confidential

STAGE (Crosby) 0001482

The Company encourages its associates to be responsible citizens of their community. If you are a full-time associate and are summoned for jury duty during your scheduled work hours, you will be paid your daily scheduled hours for each day you are on jury duty. Please contact your supervisor promptly after receiving notification to appear. If you are serving on a jury, any day you are not serving or are released early, you are expected to report to work.

## Holidays

There are seven (7) recognized paid holidays:

1. New Year's Day
2. Memorial Day
3. Independence Day
4. Labor Day
5. Thanksgiving Day
6. Christmas Day
7. Personal Day

Upon date of hire, full-time associates are eligible to receive holiday pay for their regularly scheduled hours for the six (6) national holidays.

Full-time associates are eligible for a Personal Day following their one (1) year anniversary date. The Personal Day may be taken at any mutually convenient time during the 12 months following the associate's anniversary with the approval of your supervisor. In this way, we can be sure of adequate staffing on the day you will be off. In the event of termination (voluntary or otherwise), any personal day not taken will be forfeited.

### *You should know:*

- To receive holiday pay for a national holiday observed by the Company, you must work both your scheduled day before and your scheduled day after the holiday, as well as the holiday itself, if scheduled.

- All hourly Full-time and Part-time associates who work on one of the six national holidays will be paid 1.5 times their regular base rate for the actual hours worked. Full-time associates will be scheduled for another paid day off.

- Salaried associates (Exempt and Non-Exempt) who work on one of the six (6) national holidays will receive another paid day off.

## Vacation

Paid vacations are a benefit awarded to full-time associates as recognition of service. Vacation year runs concurrent with the fiscal year. The fiscal year is February through January.

Eligibility is as follows:

- Hire date between February and May (fiscal) - will be eligible to take one week paid vacation after six (6) months of service

- Hire date between June and January (fiscal) – will be eligible to take two (2) weeks of paid vacation after six (6) months of service or the beginning of February , whichever is later.

On the beginning of each fiscal February thereafter, associates will be eligible to take 2 weeks paid vacation.

- 5-Year Anniversary - 3-weeks vacation beginning February of the year in which you reach your 5 year anniversary.

- 10-Year Anniversary - 4-weeks vacation beginning February of the year in which you reach your 10 year anniversary.

- 20-Year Anniversary - 5-weeks vacation beginning February of the year in which you reach your 20 year anniversary.

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 25 of 96 PageID #: 1072
Confidential
STAGE (Crosby) 0001483

*Although we allow you take your vacation prior to earning it. Associates actually earn vacation each pay period based on the schedule below:*

- *<5 yrs service = 2 weeks per year*
- *5 – 10 years = 3 weeks per year*
- *10 –20 years = 4 weeks per year*
- *20 + years = 5 weeks per year*

### You should know:

- You may use up to your full eligible amount of vacation in a year even if you have not yet earned it.

- Vacations may be taken in one day increments.

- Vacations are not cumulative and cannot be carried over from year to year.

- Vacations may be scheduled any time other than peak times for your location. Check with your supervisor for those times.

- Upon termination of employment, associates will be paid for the remainder of their earned but not taken vacation unless terminated for cause. Since the company allows you to take vacation prior to earning it, should your employment terminate, any vacation paid to you but not yet earned will be deducted from your final paycheck.

### Education Reimbursement

We believe in the development of our associates. There are several training programs to assist in the development of our associates, and you will have an opportunity to participate in them.

We also offer reimbursement for professional development seminars that can directly improve your performance in your current position. The program is not intended for associates pursuing a degree plan, or for professional association certification. It does,

however, offer reimbursement to associates who have at least six (6) months consecutive full-time tenure, provided the class or seminar meets the program criteria. Reimbursement is limited to a maximum of $1,000 per applicant within a twelve (12) month period. Course selection must be submitted in advance of taking the class and approved by the Training Department to be eligible for reimbursement. Complete details on the program are found in the Company's Policy and Procedure manual.

### 401(K) Plan

The Company has established a 401(K) savings plan that allows you to save for your retirement through payroll deduction. Payroll deduction is a great advantage because it helps you set something aside before you get a chance to spend it. This plan is first and foremost a savings plan - a quality program offering long-lasting value.

The savings plan is available to all full-time & part-time associates who:

- are 21 years of age or older

- have 60 days of service

You may begin contributing to the Plan the next pay period following your enrollment. This plan is entirely voluntary and you're not obligated to participate. However, if you do participate, you can accumulate substantial benefits through regular contributions to the plan. You may choose to save "before tax" (maximum 50%) or "after tax," (maximum 10%). Best of all, the Company makes a discretionary matching contribution each pay period of 50% of the first 6% of your pre-tax salary contributed. The company match is subject to a vesting schedule.

Contact the Benefits Department at (800) 797-2817 with any questions.

Confidential

STAGE (Crosby) 0001484

# Chapter 6
# ABOUT YOUR SAFETY

## SAFETY AND ACCIDENT PREVENTION

The safety and well-being of our associates is of utmost importance to us.

Accidents and personal injury to our associates and customers must be consciously avoided or prevented. In addition to pain and suffering, lost productivity and personal inconvenience to our associates and customers, both the Company and our associates incur substantial dollar losses each year.

As an associate you acknowledge that:

- You have received the Associate Guide to Health and Safety which includes:

- The Associate Safety Program Policy

- The Drug Free Workplace Policy

- General Safety Guidelines/Practices

- You have been given the opportunity to read and review the Associate's Guide to Health and Safety and to view the DVD(s) regarding safe working practices.

- You understand that there may be other policies and procedures in effect and you agree to abide by these policies and procedures as well as the provisions in the Associate Guide to Health and Safety. Furthermore, you understand that such policies and procedures are subject to change from time to time.

- As an associate, you also understand and agree to adhere to the following:

  - You have read and agree to adhere to the Company's guidelines relating to associate injuries as outlined in the Associate Guide to Health and Safety.

- You have been fully trained and do fully understand the proper lifting and moving techniques, which you are expected to use in the handling, lifting or moving objects, as described in the Associate Guide to Health and Safety. You have been trained and do fully understand the proper techniques which you are expected to use in performing your job. You are also required to attend regular training as may be scheduled and provided by the Company.

- You have been informed and do fully understand that "any injury claimed by you while on the job" no matter how minor or insignificant must be reported "immediately, prior to the end of your shift." All necessary paperwork regarding the reported injury is to be completed prior to the end of your shift.

- You understand that your job duties with respect to your employment include the responsibility of constantly watching for hazards which may constitute a threat to the health and safety of yourself, your fellow associates, and customers. You further understand that you are responsible for seeing that appropriate action is taken to eliminate any hazard observed by you.

Neither the Associate Guide to Health and Safety nor any related policies or practices or guidelines are employment contracts, explicit or implied, or parts of any employment contract. Due to the nature of the Company operations and variations necessary to accommodate individual situations, the provisions of the Associate Guide to Health and Safety or any related policies, practices or guidelines may not apply to every associate in every situation. The Company reserves the right to rescind, modify, or deviate from the Associate Guide to Health and Safety or any policy, practice

Case 3:18-cv-00503 Document 43-17 Filed 10/10/18 Page 27 of 96 PageID #: 1074
Confidential STAGE (Crosby) 0001485

or guideline as it considers appropriate in its sole discretion, either in individual or company-wide situations with or without notice.

### Additional Safety Regulations (Texas Only)

The Company does not subscribe to Texas Workers' Compensation Program. We have an Associate Safety Program that includes a component for providing medical and/or wage replacement benefits for associates who are legitimately injured on the job. If you should have an accident or suffer an injury on the job, report it immediately, no matter how minor, to your supervisor. "Immediately" is defined as soon as possible, but not later than the end of the workday during which the injury occurs. Failure to immediately report an injury could result in denial of any applicable benefit eligibility.

### Workers' Compensation (Texas Only)

In the event of a job-related injury, you may be eligible for benefits under our Injury Benefit Plan for Texas Associates; your supervisor will provide you with a copy of the plan. In Texas, the Company has elected NOT to participate in the Texas voluntary workers' compensation program; rather, associate injuries are handled through our own managed care approach to health benefits.

### Workers' Compensation (States other than Texas)

The Company complies with and provides for the payment of workers' compensation benefits in accordance with various State laws in each state.

### IF AN ACCIDENT HAPPENS . . .

If a customer or associate is injured or becomes ill, report the incident to your supervisor or management immediately. An accident should only be discussed with Company representatives.

Confidential

STAGE (Crosby) 0001486

# Chapter 7
# ONE VOICE CAN MAKE A DIFFERENCE

## IT TAKES A TEAM

We believe that controlling and preventing inventory shrinkage takes a team effort. You are a key player on our team, and we are counting on you to help preserve the integrity of our inventory. Becoming aware of the causes of inventory shrinkage and the actions you can take to prevent it is the first step. Our goal is to ensure that:

- Our customers are provided superior customer service.

- Our facilities and stores are neat, clean and well organized.

- All policies and procedures are followed.

- Our paperwork is double-checked for accuracy.

- Each associate maintains a high level of integrity.

As a member of our team, it is your responsibility to help us protect you, your fellow associates and our Company's assets. In that regard, please keep in mind that our Company has instituted a "Zero Tolerance" policy regarding activities that could bring harm to our Company, our customers or our associates.

Each location has specific training and rules for protecting our assets. Your supervisor will cover these procedures.

### Bag/Security Checks

Company security regulations require checks of bags, packages, clothing, miscellaneous items, etc., when an associate exits their location. Do not feel embarrassed or offended if a supervisor or security asks to check these items since this is routine standard procedure. It is your responsibility to find a member of management to inspect your bag, package, etc.

## PERSONAL BELONGINGS

Associates who work in one of our stores or Distribution Centers will be provided lockers and locks for storing personal belongings. No personal locks may be used at any time.

Associates who work in our Corporate office may store their personal belongings in their work area. Any personal belongings, which you place in your assigned area, should be tasteful and non-offensive. If the need presents itself, we have the right to search all work spaces, lockers, etc.

If you make a purchase during work hours, these packages must be placed in a location designated by your supervisor.

### Associate "Key Line"

If you become aware of associate theft, call the Associate Key Line or visit the website at www.stagestoresonevoice.com. It can be accessed from any location, 24 hours a day, seven days a week. You do not have to reveal your name.

**888-633-6KEY**

Confidential

STAGE (Crosby) 0001487

# Chapter 8
# OPPORTUNITIES, REWARDS, RECOGNITION - IT'S ALL UP TO YOU!

Our Company is dedicated to recognizing outstanding performers. Each location has programs which reward our high performing associates.

Some of the highlights for each location are:

### Stores (excludes Steele's)

- Associate of the Quarter/Year
- New Accounts Program

### Distribution Centers

- Associate of the Month
- Incentive Programs

### Corporate Office

- Associate of the Quarter
- Incentive Programs

## ASSOCIATE DEVELOPMENT

The Company has a variety of in-house training programs designed to teach associates basic job skills, as well as develop their overall potential and improve their performance. Your supervisor will review the training programs available in your location.

We are committed to providing you with the tools to help you be your best. We are unable to anticipate all your training needs, so ask questions and let us know how we can help.

## PERFORMANCE EVALUATIONS

Your performance and progress are important to us. It is our objective to inform you of your current status and future potential.. Each location has an annual formalized performance appraisal process which is designed to let you know "how you are doing!" Your supervisor will work with you, discuss your work performance and progress, and help you set objectives that may provide advancement opportunities in pay and responsibilities.

## ADVANCEMENT OPPORTUNITIES

Performance on your present job will play an important part in your career. Promotions are determined on the basis of your qualifications, your work performance and the recommendation of your supervisor. Major factors considered are: above average performance in your present job, required skills, experience, cooperation, initiative, tenure and attendance.

The same general qualifications govern transfer as govern promotion. Sometimes the Company may inquire whether you are available for transfer to another location. You may also initiate such a transfer request through your supervisor.

## "WANTED, SOMEONE JUST LIKE YOU!" (Referral Program)

Our associates are the best source for finding qualified new associates. You can assist in recruiting for the Company. We are always looking for the best associates who love giving great customer service and will help us continue to have a competitive edge over other retailers. Our "Wanted: Someone Just Like You" Program offers a monetary reward for recommending an applicant who is hired and remains employed for at least 6 months. The referring associate will receive one-half of the reward after 3 months and the remaining half after 6 months. Ask your supervisor for details.

Confidential

STAGE (Crosby) 0001488

## A Final Thought...
# YOU ARE NOW PART OF THE TEAM!

This is a great place to work! We are excited to have you as a part of our team. Remember, we are only as good as each of you. We wish you luck as you develop your skills and contribute to our success. Focus on service. Focus on communication. Focus on doing the best job you can!

Again, WELCOME!

## IMPORTANT INFORMATION TO REMEMBER

This booklet has provided you with the information you need to know about the Company and your new job. If you need more information about a specific policy or benefit, your first contact is your supervisor.

You will be informed if any of these policies or benefits change. However, the Company reserves the right to change any policy or benefit without prior notice.

In order to help you become knowledgeable and comfortable with your new position, you should record the information listed below:

My associate number is: _____

My position is: _____

My classification is: _____
Full Time _____ Part Time _____

My department is: _____

My immediate supervisor is: _____

The door I must use to enter and exit the building is: _____

My Locker Number is _____

and the combination is _____

My Payday is on: _____

If I am unavoidably late or absent, I must call: _____
Name _____ Telephone Number

Any changes in my personal records must be reported to: _____

Confidential

STAGE (Crosby) 0001489

# INDEX

ABSENCE WITHOUT NOTICE, 9

ACCIDENT REPORTING, 18

ADVANCEMENT OPPORTUNITIES, 20

ASSET PROTECTION, 19

ASSOCIATE CHECK WRITING POLICY, 10

ASSOCIATE DEVELOPMENT, 20

ASSOCIATE HANDBOOK, 4

ASSOCIATE "KEY LINE," 19

ASSOCIATE RESIGNATION, 5

ATTENDANCE, 8

"AT WILL" EMPLOYMENT RELATIONSHIP, 4


BAG/SECURITY CHECKS, 19

BENEFITS ELIGIBILITY, 12

BEREAVEMENT BENEFITS, 14

BULLETIN BOARDS, 2

BREAK PERIODS, 6


CHECK WRITING POLICY (ASSOCIATE), 10

CODE OF ETHICS AND CONDUCT, 8

(OUR) COMMITMENT TO EXCELLENCE, 2

(OUR) COMMITMENT TO COMMUNICATIONS, 2

(OUR) COMMITMENT TO CUSTOMER SERVICE, 3

CONFIDENTIAL INFORMATION, 9

CONFLICTS OF INTEREST, 10

CONSTRUCTIVE DISCIPLINE, 8


DENTAL BENEFITS, 13

DISCOUNT PROGRAM, 12

DISPUTE RESOLUTION, 4

DRESS REGULATIONS, 9

DRUGS AND ALCOHOL, 11


EATING AND DRINKING, 10

EDUCATION REIMBURSEMENT, 16

EQUAL EMPLOYMENT OPPORTUNITY, 4


FLEXIBLE SPENDING, 13

FRIENDS' AND RELATIVES' PURCHASES, 10

401K, 16


GROUP LIFE, 13


HEALTH BENEFITS, 13

MEDICAL/DENTAL, 13

GROUP LIFE, 13

HOLIDAYS, 15


INTERNET AND E-MAIL, 10


JURY DUTY, 14


LEAVES OF ABSENCE, 13


MEDICAL BENEFITS, 13

(OUR) MISSION STATEMENT, 2


NON-HARASSMENT, 11


OVERTIME, 7


PARKING, 10

PAYCHECK DEDUCTIONS, 7

PAYDAY, 7

PERFORMANCE EVALUATIONS, 20

PERSONAL BELONGINGS, 19

PERSONNEL FILES, 4

PERSONAL COMMUNICATIONS, 9

RECOGNITION PROGRAMS, 20

REFERRAL PROGRAM, 20

RETURN OF PROPERTY, 5

ROUNDTABLE MEETINGS, 3

SAFETY AND ACCIDENT PREVENTION, 17

SHORT-TERM DISABILITY, 14

SICK PAY, 14

SOLICITATIONS, 10

SMOKING, 10

SUGGESTIONS AND IDEAS, 3

TARDINESS, 9

TIME KEEPING, 6

TIME OFF BENEFITS, 14

UNION POLICY, 5

VACATION, 15

"WANTED, SOMEONE JUST LIKE YOU!", 20
     (REFERRAL PROGRAM)

WORKERS' COMPENSATION, 18

WORKING HOURS, 6

YOU AND YOUR SUPERVISOR, 2

Confidential

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 33 of 96 PageID #: 1080

STAGE (Crosby) 0001491

# EXHIBIT B

## TO

## AFFIDAVIT OF
## TIMOTHY MOYER

**In Support of Defendant's Opposition to Plaintiffs' Motion for Court-Authorized Notice Pursuant to Section 216(b) of the Fair Labor Standards Act**

**Re:** *Maya Crosby and Deneen Patton,* **on behalf of themselves and all those similarly situated** *v. Stage Stores, Inc.*

**Court File No. 18-cv-00503**

## Associate Handbook
## Acknowledgement

We want you to read the entire Associate Handbook and become familiar with its contents. The policies and procedures found in the handbook are basically reprints, in part or in full, from the Company's <u>Human Resource Policies and Procedures</u>. The Company further reserves the right, without advance notice to amend, delete, or add policies/procedures as deemed appropriate.

By signing this "Associate Handbook Acknowledgement" form, I am acknowledging that I have been issued an Associate Handbook. I acknowledge my responsibility to familiarize myself with its contents (company rules and regulations) and to conform to them. I understand that the handbook does not create contractual rights of employment for associates. I further understand that my failure to comply with any of the company rules and regulations listed in the "Associate Handbook" will result in disciplinary action up to and including dismissal.

Read through the handbook thoroughly. Ask any questions that you may have to ensure clarification before signing the "Associate Handbook Acknowledgement."

Associate
Signature: **maya crosby** Date: 4/21/14, 1:05:09 PM

Confidential
STAGE (Crosby) 0001492

# EXHIBIT C

# TO

# AFFIDAVIT OF
# TIMOTHY MOYER

**In Support of Defendant's Opposition to Plaintiffs' Motion for Court-Authorized Notice Pursuant to Section 216(b) of the Fair Labor Standards Act**

**Re:** *Maya Crosby and Deneen Patton,* **on behalf of themselves and all those similarly situated** *v. Stage Stores, Inc.*

**Court File No. 18-cv-00503**

## Associate Handbook
## Acknowledgement

We want you to read the entire Associate Handbook and become familiar with its contents. The policies and procedures found in the handbook are basically reprints, in part or in full, from the Company's <u>Human Resource Policies and Procedures</u>. The Company further reserves the right, without advance notice to amend, delete, or add policies/procedures as deemed appropriate.

By signing this "Associate Handbook Acknowledgement" form, I am acknowledging that I have been issued an Associate Handbook. I acknowledge my responsibility to familiarize myself with its contents (company rules and regulations) and to conform to them. I understand that the handbook does not create contractual rights of employment for associates. I further understand that my failure to comply with any of the company rules and regulations listed in the "Associate Handbook" will result in disciplinary action up to and including dismissal.

Read through the handbook thoroughly. Ask any questions that you may have to ensure clarification before signing the "Associate Handbook Acknowledgement."

Associate
Signature: <u>Judith Patton</u> Date: <u>4/27/15, 9:16:40 PM</u>

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 37 of 96 PageID #: 1084
Confidential
STAGE (Crosby) 0001781

# EXHIBIT D

# TO

# AFFIDAVIT OF
# TIMOTHY MOYER

**In Support of Defendant's Opposition to Plaintiffs' Motion for Court-Authorized Notice Pursuant to Section 216(b) of the Fair Labor Standards Act**

**Re:** *Maya Crosby and Deneen Patton,* **on behalf of themselves and all those similarly situated** *v. Stage Stores, Inc.*

**Court File No. 18-cv-00503**

# TIME CLOCK

## POLICY:

- The Time Clock on the register is used by store personnel to clock in and out for the day.

- All Associates must clock in and clock out any time they leave or enter the sales floor (includes breaks/meals).

- All personal items (keys, purse, cell phones, etc.) must be put away prior to clocking in.

- Associates cannot clock in more than 3 minutes before their schedule shift, unless approved by a member of Management.

- If an Associate clocks in early or is not on the schedule to work, the register will display a message, "Management Authorization Required", and a member of management must authorize the clock in.

- All associates must be clocked in while performing company business for the location, i.e., making bank deposits, support help at other locations, new store openings, meetings, recruiting, or other store related errands.

- All associates must clock out as soon as all end of day and assigned closing responsibilities are complete.

- It is the associate's responsibility to clock in/out properly and inform management of any corrections to time. Failure to inform management in a timely manner may result in delay of payment for any missed time.

Case 3:18-cv-00503  Document 43-17  Filed 10/10/18  Page 39 of 96 PageID #: 1086  
Confidential        STAGE (Crosby) 0000529

## PROCEDURE:

1. Type ASSOCIATE NUMBER

2. Press ENTER

3. Type PIN NUMBER

4. Press ENTER

5. "Clock-in Function Required. Press Enter" message prompts if the associate has tried to log in without clocking in.



6. Press ENTER

7. Touch CLOCK IN



➢ When done the screen will automatically return to the Enter Associate # screen

NOTE: Notify a member of Management if clocking cannot be completed.

Confidential
Case 3:18-cv-00503  Document 43-17  Filed 10/10/18  Page 40 of 96 PageID #: 1087
STAGE (Crosby) 0000530

CLOCK OUT:

1. Type ASSOCIATE NUMBER
2. Press ENTER
3. Type PIN NUMBER
4. Press ENTER
5. Touch CLOCK IN/OUT
6. Touch CLOCK OUT
7. When done the screen will automatically return to the Enter Associate # number screen.

When clocking in from a break/lunch, the screen will show all of your clockings in the journal portion of the screen (white area). See below.



Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 41 of 96 PageID #: 1088
Confidential                                                     STAGE (Crosby) 0000531

## TIMEKEEPING LOG IN/OUT PROCEDURE

### ISP PROCEDURE:

1. From the "In-Store Intranet" screen, select the STORE SYS APPS button.



2. The selected screen will appear (see below). Enter your "User Name" and your "password" and press the LOGIN button. *NOTE: If you are signing on the Store Sys Apps for the first time, the system will prompt to reset password. The password should be 5-8 characters long and contain alpha and numeric characters. Press the RESET YOUR PASSWORD button to continue.*



3. Click on the "Timekeeping" link.



4. From the Timekeeping link, you will be able to access the following applications:

> ➤ Associate List (view the list of associates; narrow search by active, term, or all. Also view all associates with missing clock times, and perform other payroll functions such as add hours and correct clockings)
> ➤ Clock Times (correct or add/delete clock ins and clock outs and add loaner hours if loaned associate did not clock in)
> ➤ Loan Sell Area Hours (Allocate loaned hours across different sell areas for the current/past pay period)
> ➤ Add Hours (add hours for an associate for prior week(s) and add loaner hours if loaned associate did not clock in)
> ➤ Weekly Sign Off (sign off and approve payroll for the previous week)
> ➤ Store Hours (view regular store hours)
> ➤ Hours History (view all past clock times, added hours, etc. – no edits allowed)



---

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 42 of 96   PageID #: 1089
Confidential                                                                STAGE (Crosby) 0000507

## LOG OUT

1. To log out, simply click the LOG OUT link located at the top/right corner of the screen.



Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 43 of 96 PageID #: 1090

Confidential                                                                STAGE (Crosby) 0000508

## TIMEKEEPING

**POLICY:**

- **Clocking In / Out** – All store associates (including Store Management) will clock in and out according to the following guidelines:

  - ❑ Non-management associates must clock in <u>no more than 3 minutes</u> before their scheduled time in.

  - ❑ All associates must clock out when they leave the floor for breaks and lunch and clock in when they return to the floor.

  - ❑ It is the associate's responsibility to clock in and out properly and inform management of any corrections to time. Failure to inform management in a timely manner may result in delay of payment for any missed time.

- **Benefits** - Trailing 26 weeks average hours worked will be used to pay vacation, holiday, and sick pay benefits to non-management associates.

- Any Timekeeping corrections must be done the next day.

- **Holiday Pay**

  - ❑ **Eligibility** - The associate must have worked on their regularly scheduled day **BEFORE** and their regularly scheduled day **AFTER** the holiday unless they have valid proof of illness. If the associate does not work these days and has no valid proof of illness, the associate is NOT ELIGIBLE to receive the holiday pay and the Store Manager will delete the holiday pay by using the ADD HOURS tab.

  - ❑ **Working on a Holiday** - Associate will be paid for the actual hours worked on the holiday at 1 ½ times their regular rate. Full-time associates will also be SCHEDULED OFF on another day in addition to their regular scheduled days off  for which they will be paid HOLIDAY PAY in accordance with the policy as stated in the Associate Handbook.

  - ❑ If an associate does NOT work on a holiday and is eligible for holiday pay, the system will automatically pay them for the holiday.

  - ❑ If an associate works on the holiday and IS eligible for holiday pay, it must be entered in the system when the additional day off is taken.

- **Breaks** - The policy for paid associate breaks is as follows:

  - ❑ If the associate does not take a break, the associate will not be paid for it in addition to being paid for the time worked.

  - ❑ If the associate takes a break that is longer than the allotted time for their location, they will not be paid for the time exceeding the allotted time.

  - ❑ **Automatic calculation rules** (example based on associate receiving one 15 minute break per day):

    1. If associate is not entitled to a break based on number of hours worked, any "time gaps" between these 2 clockings will be treated as unpaid time.

    2. If associate is entitled to 15-minute break but no lunch period, the longest "time gap" between these 2 clockings will be treated as BREAK time. The system will pay up to 15 minutes for the break. Any time over 15 minutes will be treated as unpaid time. Any other "time gaps" will also be treated as unpaid time.

    3. If associate is entitled to both a lunch period and a 15 minute break, the longest "time gap" between these 2 clockings will be treated as the lunch period. This is unpaid time. The next longest "time gap" will be considered as break time. The system will pay up to 15 minutes for break time. Any time over 15 minutes and any other "time gaps" during the day will be treated as unpaid time.

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 44 of 96 PageID #: 1091

Confidential

STAGE (Crosby) 0000504

4.   Associate works in more than one store in the same day – the calculation of time worked for the associate will be made separately for each store.  Therefore, the rules stated above regarding breaks and/or lunch will be applied to the time worked in each store just as if the associate had only worked in that store and no other on that day.

5.   Lunch periods and breaks will not be taken together

- **Overtime** - The Timekeeping System automatically treats all hours worked over 40 hours during a week as OVERTIME and will put those hours over 40 into the OVERTIME CATEGORY.  The system will pay these hours at 1.5 times the regular hourly rate.  Specific State regulations dealing with overtime calculations are complied with in those states where the overtime regulations are different from the rule stated above.

- **Loaners** - The Timekeeping System will automatically generate loaner hours when an associate clocks in at a location that is not their home location.

## PROCEDURE:

1.   The "Daily Timekeeping Exception" Report (Exhibit A) is available to view via the Intranet: Store Reports/Timekeeping every morning.  This report will also show associates approaching overtime.

2.   Management will review the "Daily Timekeeping Exceptions" Report daily to determine those associates who failed to clock in/out properly.

3.   Check the system payment of holiday pay to verify that the associate worked their regularly scheduled day before and after the holiday.  If the associate did not work as required, the Store Manager will delete the holiday pay by using the "Add Hours" tab in the Timekeeping system.

4.   Enter vacation, holiday, and sick pay time through the Timekeeping System for eligible and applicable associates prior to signing off on payroll.

5.   Review, edit, and sign-off on all Associates final clockings and hours to be paid by 10:00 a.m. (Central Standard Time) each Monday.

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 45 of 96 PageID #: 1092
Confidential                                                                                          STAGE (Crosby) 0000505

**EXHIBIT A**
**DAILY TIMEKEEPING EXCEPTION REPORT**

Run Date : 01/27/2009 09:18
Report : TKDLXCPN

Page 1 of 1

## Daily Timekeeping Exception Report
For EOW : 01/04/2009

Store : 1 Henderson

| Associate | | Date | Time In | Time Out | Message |
|-----------|---|------|---------|----------|---------|
| 242656 | Cathy L Senior | 01/04/2009 | 04:32 | 06:26 | Invalid |
| | | | | 04:02 | Missing Clock In |
| | | | 11:35 | 04:01 | Invalid |
| 246683 | Jenny A Mumford | 01/04/2009 | 01:37 | 06:25 | Invalid |
| | | | | 01:02 | Missing Clock In |
| | | | | 11:51 | Missing Clock In |

Approved By (Management Initials)          ...................................
Corrections Entered By (Initials)          ...................................

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 46 of 96 PageID #: 1093
Confidential
STAGE (Crosby) 0000506

# EXHIBIT E

# TO

# AFFIDAVIT OF
# TIMOTHY MOYER

**In Support of Defendant's Opposition to Plaintiffs' Motion
for Court-Authorized Notice Pursuant to Section 216(b) of
the Fair Labor Standards Act**

**Re:** *Maya Crosby and Deneen Patton,* **on behalf of themselves and all
those similarly situated** *v. Stage Stores, Inc.*

**Court File No. 18-cv-00503**

**STAGE STORES, INC.**
**CODE OF ETHICS AND BUSINESS CONDUCT**

## I.     INTRODUCTION

The Stage Stores, Inc. Code of Ethics and Business Conduct ("Code") is a basic set of policies and procedures governing the behavior of all directors, officers, and employees (each an "Associate" and collectively, the "Associates") of Stage Stores, Inc. and its subsidiaries and affiliates (collectively, the "Company").

It is the policy of the Company to adhere to the highest standards of business ethics in all of its business activities and practices. When Associates are engaged in any activity concerning the Company, its customers, its competitors, its suppliers, other Associates, its shareholders or the general public, they must maintain standards of uncompromising honesty and integrity and conduct themselves in a professional manner with positive, supportive behaviors with respect to the Company.

Accordingly, the following policies and procedures have been developed for the mutual benefit of the Company and its Associates. Associates are expected to understand and to comply with these policies and procedures. If there are any questions related to this Code, they should be directed to the Company's Business Ethics Committee ("Business Ethics Committee"). If you become aware of a breach or violation of this Code or any Company policy or procedure, you have an obligation to report such actions to the supervisor in your area and/or the Business Ethics Committee. See the Reporting of Violations section of this Code for contact information.

## II.     CONSEQUENCES OF VIOLATIONS

In the event of a violation of this Code or other Company policy, Associates may be subject to disciplinary action, up to and including termination as well as criminal or civil prosecution under applicable state or federal laws.

## III.     STANDARDS OF CONDUCT

All Company business shall be conducted with honesty and integrity. No Associate shall engage in any activity related to Company business that is or appears to be illegal, unethical, inappropriate, abusive or improper in any way. Unacceptable activities include, without limitation:

    **A.**     Stealing or unauthorized possession or use of Company funds, merchandise, property, intellectual property or other assets;

    **B.**     Stealing from Associates or customers;

    **C.**     Intentional acts or negligence which results in damage to, or loss of, Company property, merchandise or funds;

    **D.**     Criminal activities, regardless of any connection with Company business;

    **E.**     Borrowing Company assets of any kind without prior approval of your immediate supervisor;

Confidential
STAGE (Crosby) 0002567

**F.**    Abuse of discount privileges or unauthorized markdowns;

**G.**    Falsifying Company books and records relating to sales, payroll, commissions, payments to governmental entities or officials, payments to agents, consultants, or representatives of the Company, contests, refunds, voids, signatures or authorizations or any other reporting related to the disposition of the Company's or an Associate's assets;

**H.**    Disclosing any confidential Company information to any unauthorized person, whether within or outside the Company;

**I.**    Knowingly or recklessly making false statements about the Company or its Associates, customers, vendors and suppliers;

**J.**    Possessing or using illegal drugs or alcohol while at work, while conducting Company business elsewhere, or reporting to work or conducting Company business elsewhere under the influence of and impaired by illegal drugs or alcohol;

**K.**    Accepting excessive gifts or gratuities from vendors, suppliers or others;

**L.**    Failing to cooperate with investigations conducted by Company officials;

**M.**    Refusing to perform a reasonable job assignment which is not illegal, immoral, unethical or hazardous; and

**N.**    Discriminatory treatment, threats, harassment, abusive language, or other illegal or inappropriate behavior directed toward an Associate, customer, vendor, supplier, or any other business partner.

## IV.    COMPLIANCE WITH THE LAW

The policy of the Company is one of strict compliance with all laws and regulations governing the conduct of Company business, regardless of the city, state or country in which the Company operates. All Associates are expected to have a working knowledge of permissible activities related to their work. Associates should direct any questions regarding the legality of any action to their supervisor or the Company's Legal Department.

Laws, regulations and business practices in countries outside the United States may differ from those in the United States. Associates must strictly comply with local customs, laws and regulations. As discussed in greater detail below, bribery or kickbacks, inside or outside the United States, are explicitly prohibited in all Company business transactions.

## V.    CONFIDENTIALITY GENERALLY

Associates may become aware of trade secrets and other proprietary and confidential information about the Company's business (e.g., marketing plans, strategies and financial records). Associates may not disclose any such trade secrets or proprietary or confidential information to anyone outside the Company unless specifically authorized by the Company's senior management.

Associates are prohibited from sharing any Company password with anyone either inside or outside of the Company. Associates who are asked to inappropriately disclose their password must

2

Confidential

STAGE (Crosby) 0002568

immediately report the incident to the Information Systems Department. Associates must also notify the Information Systems Department of any suspected breach of any Company information system.

## VI.   USE OF PROPRIETARY, CONFIDENTIAL OR INSIDER INFORMATION

Until released to the public, unauthorized material information concerning Company business plans, financial information, successes or failures is considered "inside" information and is confidential. Disclosure of such information to an unauthorized Associate or to any other person or entity outside the Company violates this Code, the Company's insider trading policies, the Company's Regulation FD policy, applicable federal securities laws, and Securities and Exchange Commission rules and regulations.

Anyone who becomes aware of material nonpublic information is an "insider" and may not trade in or recommend the Company's securities while such material information remains undisclosed to the general public. This includes not only directors and executive officers, but also non-management Associates, their Immediate Families and other persons outside the Company who become aware of material nonpublic information about the Company, directly or indirectly, whether from an Associate or otherwise. Information is considered "material" if a reasonable investor would consider that information important in making a decision to buy, sell or hold securities. Any information that could be expected to affect the Company's stock price, whether it is positive or negative, should be considered material.

All Associates must comply with the Company's insider trading policies. Extremely severe criminal and civil sanctions against the Company and any involved Associate or member of their Immediate Family may result from violations of federal securities laws and Securities and Exchange Commission rules and regulations.

## VII.   CONFLICTS OF INTEREST

A conflict of interest is a divergence, or conflict, of the personal interest of an Associate, financial or otherwise, and the interest of the Company. All Associates shall ensure that they and members of their Immediate Family have no conflicts of interest, or appearances of conflicts of interest. As used in this Code, the term "Immediate Family" means an Associate's spouse, children, parents, siblings, mother-in-law, father-in-law, brother-in-law, sister-in-law, son-in-law, daughter-in-law and anyone who resides in the Associate's home.

Neither an Associate nor their Immediate Family may have a personal financial interest or accept any payments whatsoever from the Company's competitors, suppliers or those from whom the Company leases property, unless previously approved in writing by the Business Ethics Committee.

Associates, including those who can commit Company funds, who are influential in determining how Company funds are expended, or who have authority to sell the Company's products, shall have no outside stock holdings or other investment that could create a potential conflict of interest. This would include ownership or other interest in enterprises that supply the Company, directly or indirectly, with products or services, or compete with the Company.

Exceptions include publicly traded mutual fund securities or stock ownership in companies whose securities are publicly traded on a national securities exchange or otherwise widely traded, such

Confidential

STAGE (Crosby) 0002569

ownership not to exceed 1% of a company's shares, unless prior approval is obtained from the Business Ethics Committee. These guidelines apply both to Associates and to their Immediate Families.

Examples of conflicts of interest by an Associate or their Immediate Families are as follows:

**A.** Financial interest or ownership in any entity with which the Company competes or with which it does business;

**B.** Accepting payments, services or loans not available to the general public, or rendering consulting services to persons or concerns dealing or contemplating dealing with the Company, or in competition with the Company;

**C.** Acting on behalf of, or advising a competitor, supplier, customer, lesser or lessee in dealings with the Company; and

**D.** Active commitment of time devoted to the management of any other business which interferes with an Associate's normal work schedule or responsibility.

An Associate may neither appropriate for his/her own benefit, nor divert to any other person or entity, a business or financial opportunity which the Associate knows, or reasonably could anticipate that the Company would have an interest in pursuing. An Associate who becomes aware of a potential conflict of interest may report it via the Anonymous Ethics Hotline or otherwise as described in the Reporting of Violations section of this Code.

## VIII. ANTI-CORRUPTION COMPLIANCE

**A. General Prohibition of Improper Payments.** Associates shall deal with customers, suppliers, the governments of all jurisdictions in which the Company operates, as well as all other persons, in a straightforward and transparent manner. The Company strictly prohibits its Associates from influencing action, securing or directing business, or gaining any other advantage, by giving or offering money, or other things of value, to any person located inside or outside the United States. Such conduct may result in an Associate's immediate termination from the Company, as well as potential criminal prosecution under federal and state anti-corruption laws.

**B. Commercial Bribery.** In the U.S., a number of federal and state laws prohibit commercial bribery. For example, it is unlawful to pay anything of value as a commission or other compensation to an agent, representative, intermediary, or employee of another company, other than for legitimate services rendered in connection with the sale or purchase of goods or services. U.S. laws also prohibit engaging in a scheme to defraud another company of the honest and faithful services of its employees by giving such employees anything of value to influence their actions. Other countries have adopted similar commercial bribery statutes, and therefore, this Code strictly prohibits any and all commercial bribery by Associates regardless of geographic location or the laws of a particular jurisdiction.

**C. Foreign Corrupt Practices Act.** The Foreign Corrupt Practices Act ("FCPA") is one of many anti-corruption laws that Associates must comply with. The FCPA prohibits, among other things, the giving or offering of money, or any other thing of value, directly

Confidential

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 51 of 96 PageID #: 1098

STAGE (Crosby) 0002570

or indirectly, to a Foreign Official (as defined below) for the purpose of obtaining or directing business, as well as for securing any other improper business advantage. This prohibition also extends to the payment or receipt of money, or anything else of value, to consultants, agents, representatives, or other intermediaries when the Associate knows or has reason to believe that some part of the payment, or thing of value, will be used as a bribe or otherwise to influence action or secure an improper business advantage.

"Foreign Official" means any officer or employee of a foreign government or any department, agency, or instrumentality thereof (which includes a government-owned or government-controlled state enterprise) or of a "public international organization," any person acting in an official capacity for or on behalf of a foreign government or government entity or of a public international organization, any foreign political party or party official, or any candidate for foreign political office.

Under a limited set of circumstances, it may be permissible under the FCPA to make facilitating payments (as defined below), or provide gifts or entertainment, to a Foreign Official. Before taking such action, Associates are required to contact the Business Ethics Committee and obtain written approval of the proposed action.

A "facilitating payment" is a small payment to a Foreign Official to expedite or secure performance of a routine governmental action. Routine governmental actions are limited to ordinary, common, non-discretionary actions performed by a Foreign Official. For example, obtaining non-discretionary permits, licenses, or other official documents, obtaining entry or exit visas, providing police protection, and mail pick-up and delivery would likely be considered routine governmental actions.

Business gifts or entertainment of insubstantial value should only be provided to a Foreign Official if the gift or entertainment is: (1) directly related to either the promotion or explanation of the Company's products and services; (2) reasonable in light of customary gifts and entertainment; (3) provided for a purpose other than to induce a Foreign Official to misuse his/her official position; and (4) legal under the foreign country's written laws.

**D.      Improper Payments to Domestic Public Officials.** Federal and state laws, as well as this Code, prohibit a broad range of improper payments to domestic public officials. A domestic public official means any officer (even if he/she has not assumed his/her duties), employee, or agent of any federal, state, or local government in the U.S. and any candidate seeking to become an officer of a federal, state, or local government.

U.S. law prohibits (1) bribing a domestic public official (i.e., offering or giving anything of value in exchange for an official act); (2) offering an illegal gratuity to a domestic public official (i.e., giving or offering anything of value because of the position of the domestic public official or unspecified action that he/she has previously performed or may perform in the future); and (3) supplementing the income of a domestic public official (i.e., giving or offering anything of value to a public official without regard to the performance of an official act). In addition, each State has similar laws that prohibit bribing or making other types of improper payments to a domestic public official.

5

Confidential                                                                                    STAGE (Crosby) 0002571

## IX. ANTITRUST LAW COMPLIANCE

The Company believes in fair, lawful and open competition and requires that its Associates must, at all times, comply with all applicable antitrust laws. Antitrust laws are complex and beyond the scope of this Code. Any activity with a competitor or a supplier in restraint of trade, such as price fixing, is illegal. Activities such as discriminatory pricing, terms, promotional allowances, services and facilities outside the normal course of business may violate antitrust laws. Volume discounts and other negotiating strategies conducted in the normal course of business do not constitute, by themselves, an antitrust law violation. Extremely severe criminal and civil sanctions against the Company and any involved Associate and their supervisors may result from antitrust violations.

## X. BOOKS AND RECORDS, RECORDING AND REPORTING INFORMATION

It is Company policy, as well as a requirement of law and generally accepted accounting principles, that the recording of the results of the Company's operations be maintained in books, records and accounts, which, in reasonable detail, accurately and fairly reflect the business transactions and disposition of assets of the Company. No Associate may take or permit to be taken any action whereby the Company's books and accounts would not accurately, fairly and completely reflect the action taken. No false or misleading entries may be made in any books or records of the Company for any reason, and no fund, asset or account of the Company may be established for any purpose unless such fund, asset or account is accurately reflected in the books and records of the Company.

Internal accounting controls must be sufficient to provide reasonable assurances that transactions are executed in accordance with appropriate management authorization; that transactions are recorded as necessary to permit preparation of financial statements in conformity with generally accepted accounting principles and to maintain accountability for assets; that access to assets is permitted only in accordance with proper management authorization; and that the recorded accountability is compared with existing assets at reasonable intervals and differences, if any, are investigated.

All records, including employment and payroll, financial data, checks and payments, as well as other essential data, must be prepared with accuracy and care. Dishonesty or carelessness in recording or reporting of information, either inside or outside the Company, is not only strictly prohibited, but also could result in civil, or even criminal, liability for the Associate and the Company. This Code is intended to cover impropriety related to accounting, internal accounting controls, and non-accounting matters.

Examples of activities specifically prohibited by Company policy include, without limitation:

    **A.**    No false or artificial information shall be recorded for any reason.

    **B.**    Associates are prohibited from making false or misleading statements in connection with any audit or examination of the Company's financial statements and records, business operations, and compliance with laws or regulations.

    **C.**    Associates are personally accountable for Company funds over which they have control. No payments shall be made, or invoice issued on behalf of the Company, with the intention or understanding that any part of such payment or receipt is to be used for any purpose other than as described in the supporting documents.

6

Confidential
STAGE (Crosby) 0002572

**D.**     No secret funds or unrecorded or undisclosed accounts shall be maintained or established for any purposes.

**E.**     Falsification of, or tampering with, any Company related records or documents including, but not limited to, reports, time records and/or applications is prohibited.

## XI.     COMPETITIVE BIDDING INVOLVING GOVERNMENT ENTITIES

The Company may deal with governmental entities, including school districts, counties and cities, to provide these entities with the Company's products. Associates, and the Company's agents, representatives and consultants, must abide by all rules and regulations associated with the process by which government contracts are procured (i.e., request for proposal ("RFP") process).

During the period between the RFP release date and the date of the contract award ("Silence Period"), Associates and/or Company agents are strictly prohibited from discussing or promoting the Company's proposal with any individual from the requesting governmental entity, except with respect to inquiries, briefings, interviews and presentations initiated or requested by the governmental entity.

The Silence Period is not meant to preclude Associates or Company agents from discussing other matters with individuals from the requesting governmental entity. The Silence Period is intended to ensure a level playing field for the Company and its competitors with regard to the pending RFP.

## XII.     ADDITIONAL COMPANY POLICIES

The Company maintains and makes available to Associates additional policies that Associates are expected to read, understand and follow. The following, non-exclusive list summarizes many of these policies, which are incorporated by reference, and Associates should refer to the policies directly for further detail. Associates should direct any questions related to the additional Company policies to the Human Resources Department or the Business Ethics Committee.

**A.     Travel and Business Expense.**  Travel and other business expense reimbursement is subject to the Associate providing accurate and complete documentation of the expense in accordance with the Company's Travel and Business Expense Policy and approval by management.

**B.     Solicitation and Charitable Activities.**  Participation by Associates in civic or charitable activity is encouraged to the extent that such participation does not encroach significantly on the Associate's work time or impair his/her mental or physical ability to efficiently perform his/her duties with the Company. These guidelines are to be followed:

1.     There will be no Associate related solicitation of any kind on Company premises during work time (for example, Avon, Mary Kay or other business or charitable products).

2.     Third party solicitation is not allowed on the premises without Company authorization.

3.     Distribution of printed materials on Company premises is prohibited.

Confidential

STAGE (Crosby) 0002573

4. Outside vendors are allowed on the premises by appointment only.

**C. Outside Employment.** The Company generally discourages outside employment by its salaried Associates. No outside employment of any kind, including consulting, will be approved which might subject the Company to criticism, establish a potential conflict of interest, encroach upon reasonable work time, interfere with regular duties, or necessitate long hours which might adversely affect an Associate's working effectiveness. Becoming a compensated director or trustee of an outside organization requires the prior written approval of the Business Ethics Committee, with the exception of social, charitable, or religious organizations, residential cooperatives and condominiums and school boards.

**D. Gifts, Entertainment and Gratuities.** Due to the risk of an actual or perceived conflict of interest, Associates are generally prohibited from directly or indirectly accepting gifts of cash or value from anyone having or seeking business with the Company, unless they are not excessive and have been approved by an appropriate supervisor and/or executive. Nothing should be accepted which could impair or appear to impair an Associate's ability to perform his/her Company duties and to exercise his/her best business judgment in a fair and unbiased manner. All gifts must be delivered to Associates in his/her business offices or other normal work environment and are never to be sent to an Associate's home.

Participation in business-related functions, including occasional reciprocal acceptance of meals, is a normal and acceptable business practice. However, care should be exercised to make certain that these are necessary and that the value and frequency are not excessive under the circumstances. Associates are expected to use good judgment in determining what may be excessive entertainment. If there are any questions related to the acceptance of gifts, entertainment or gratuities, or regarding what is excessive or acceptable, Associates should direct those questions to, and/or obtain prior written approval from, their supervisor. Supervisors should direct questions to and/or obtain approval from the Business Ethics Committee.

**E. Political Activities and Contributions.** Because of the complexity of laws regulating Company political activities and contributions, it is the Company's policy to prohibit political contributions by the Company. No Associate has the authority to make or pledge political contributions for, or on behalf of, the Company. Prohibited political contributions include cash, loan of Company personnel during paid working hours, purchase of tickets to fund raising activities, or payment for advertisements, printing or other campaign expenses. Associates are welcome to participate in political activities outside Company working hours and with their personal resources. However, any Associate wishing to become a candidate for public office, whether elected or appointed, must obtain prior written approval from the Business Ethics Committee.

**F. Technology, Email and Internet Use.** The Company provides Associates technology, internet and email to be used primarily in the execution of an Associate's job responsibilities. All data contained on, received on or transmitted by Company technology and networks, including email messages, are the property of the Company, and no Associate has a property right or a reasonable expectation of privacy in such data. All Company policies apply to Associates' use of technology, email and internet, all of which will be monitored for excessive or inappropriate activity.

8

Confidential
STAGE (Crosby) 0002574

**G.**     **Equal Employment Opportunity.**  The Company is committed to providing equal employment opportunity to all persons regardless of race, color, gender, age, religion, national origin, disability, veteran status, or any other characteristic that is protected under applicable federal, state or local law. Any Associate who believes he/she or any co-worker is being subjected to discrimination should report the alleged act immediately to his/her direct supervisor or the Company's Human Resources Department or via the Anonymous Ethics Hotline.

**H.**     **Drug Free Workplace.**  The Company is committed to providing a safe, healthy and secure work environment.  The manufacture, distribution, possession, sale, transfer or use of drugs or controlled substances in a manner not authorized by the law is prohibited. Additionally, being at work or on Company business under the influence of drugs, alcohol or controlled substances is prohibited. Likewise, being at work or on Company business under the influence of prescription drugs not assigned to the individual or taken in excess of the prescribed amounts where the level of prescription drug impairs (or in the Company's judgment is likely to impair) work performance is also prohibited. The possession of drug-related paraphernalia on Company premises is also prohibited.

**I.**     **Non-Harassment.**  The Company expressly prohibits any Associate from engaging in any form of intimidation or harassment on the basis of race, color, gender, age, religion, national origin, disability, veteran status, or any other characteristic that is protected under applicable federal, state or local law.  Harassment is conduct that has the purpose or effect of substantially interfering with another Associate's employment, that creates an intimidating, hostile or offensive work environment, or that otherwise negatively affects an Associate's work opportunities.

Supervisors and/or managers shall not initiate or maintain romantic or overly close social relationships outside the scope of normal business activities, with any other Associate in their same store or work area who is under their supervision, either directly or indirectly. Even though such relationships may not constitute sexual harassment, they may suggest preferential treatment for the individual(s) involved.

Any Associate who believes he or she or any co-worker is being subjected to any form of harassment should report the alleged act immediately to their direct supervisor and/or the Company's Human Resources Department.  The Company will make every effort to keep all matters related to the investigation as confidential as possible and will not tolerate retaliation against any Associate alleging harassment.

**J.**     **Contracts.**   Before any Associate enters into any contract on behalf of the Company, the Associate must have proper authorization and ensure compliance with all Company policies, including legal review as required.

# XIII.  COMPLIANCE PROCEDURES

A copy of this Code shall be made available to all Associates, and the Business Ethics Committee will oversee the acknowledgement of this Code by each Associate designated.

9

Confidential

## XIV.  REPORTING OF VIOLATIONS

**A.    In General.**  It is not possible to cover the infinite variety of situations to which this Code applies. For this reason, the Company has established a Business Ethics Committee to advise and assist Associates on matters related to interpretation of business ethics. The Business Ethics Committee consists of the Company's Chief Human Resources Officer and Chief Legal Officer.

Acts and practices which are in violation of this Code, including concerns regarding questionable accounting or auditing matters, may harm the reputation of the Company and its Associates; thus, the individuals responsible for the management of the Company must be kept informed of any such violations. Concealment from management of any questionable or inappropriate conduct or violation of this Code may be considered by others as a signal that the Company's policies may be ignored. Such conduct will not be tolerated.

**B.    Duty to Report; Confidentiality.**  If an Associate is or becomes aware of any violation of this Code or any other Company policies by other Associates, it is the Associate's responsibility to report it. If the reporting person fears reprisals, this concern should be expressed at the time of the report. In those circumstances, the identity of the reporting person shall be kept in the strictest confidence. Retaliation against an Associate who has reported what they believe to be a violation of Company policy, ethics or any other part of this Code is strictly prohibited. Any Associate guilty of retaliation will be subject to disciplinary action, leading up to and including termination of their employment.

**C.    Reporting Non-Accounting Matters.**  Any complaints or concerns an Associate may have regarding non-accounting matters should be communicated to the Company officer in his/her area, via the Anonymous Ethics Hotline and/or to the Business Ethics Committee, as follows:

| | |
|---|---|
| **Anonymous Ethics Hotline\*** | **888-633-6539** |
| Chief Human Resources Officer | 713-331-5010 |
| Chief Legal Officer | 713-331-5045 |

\*The Anonymous Ethics Hotline (also referred to as the "Key-Line") is maintained by an independent third party, and is available 24 hours a day, 7 days a week. If you feel that normal Company communication channels are not appropriate, you are encouraged to anonymously report any suspected illegal activity or violation of this Code to the Anonymous Ethics Hotline.

If the complaint or concern relates to a member of the Business Ethics Committee, the matter should be communicated directly to Mr. Martin Stringer, the Company's outside counsel, at 405-552-2284, or by email at martin.stringer@mcafeetaft.com.

**D.    Reporting Accounting Matters.**  Any complaints or concerns an Associate may have regarding accounting, internal accounting controls or auditing matters should be communicated directly to the Company's Audit Committee or via the Anonymous Ethics Hotline. Communications to the Audit Committee may be initiated by calling Mr. Martin Stringer, the Company's outside counsel, at 405-552-2284, or emailing him at martin.stringer@mcafeetaft.com.

10

Confidential
STAGE (Crosby) 0002576

## XV.  WAIVERS

Any waiver of this Code for directors or executive officers may be made only by the Board or a Board committee, and will be promptly disclosed as required by law, regulation and/or stock exchange listing standard.

Approved December 17, 2015.

Confidential

STAGE (Crosby) 0002577

# EXHIBIT F

## TO

## AFFIDAVIT OF
## TIMOTHY MOYER

**In Support of Defendant's Opposition to Plaintiffs' Motion for Court-Authorized Notice Pursuant to Section 216(b) of the Fair Labor Standards Act**

**Re:** *Maya Crosby and Deneen Patton*, **on behalf of themselves and all those similarly situated** *v. Stage Stores, Inc.*

**Court File No. 18-cv-00503**

# Keeping Accurate Time Records: What Managers Need to Know

CSO Call, Monday, January 9, 2017

(Text Questions to 434-774-5158)

Confidential

STAGE (Crosby) 0002578

# Why is it important to keep accurate and complete time records?

<u>IT IS THE RIGHT THING TO DO</u>.

- When someone spends their time performing work for Stage, they should be compensated for it. Changing an hourly Associate's time so that they are not paid for work they performed is the same as stealing from that Associate.

<u>IT IS THE LAW</u>.

- Federal, state and local laws all require employers to keep accurate and complete time records for hourly employees. As a Manager, you represent Stage, and your failure to ensure that hourly Associates' time records are complete and accurate can subject Stage and you, personally, to serious legal consequences.

<u>IT IS STAGE'S POLICY</u>.

- The Stage Stores Code of Ethics and Business Conduct specifically prohibits falsification of, or tampering with, any Stage-related records or documents, including time records.

1.

Confidential

STAGE (Crosby) 0002579

# Time-keeping expectations for Associates

- Associates, including Store Managers, must use their own ID number to
  - clock in when they arrive at work or return from a meal break and
  - clock out when they leave work for a meal break or at the end of their work day.

- Associates may face disciplinary action if they:
  - consistently fail to clock in/out;
  - clock in/out at improper times;
  - otherwise knowingly record the wrong time ;
  - use another associate's ID number to clock in/out; or
  - allow someone else to use their Associate number to clock in/out.

  2.

Confidential

STAGE (Crosby) 0002580

# Time-keeping expectations for Managers

Managers must ensure that Associates' time punches accurately reflect the time that Associates worked.

This means each of the following must be accurately recorded:
- the time the Associate arrived for work,
- the time the Associate left work for any meal break,
- the time the Associate returned to work from any meal break, and
- the time the Associate stopped work for the day.

3.

Confidential

STAGE (Crosby) 0002581

# When must a Manager change or Add an Associate's Time Punch?

A Manager <u>must</u> edit the time punches entered by an Associate:

1. to correct a discrepancy between the time punch and the time that the Associate actually started or stopped working;
2. to enter a forgotten time punch

The Manager <u>must</u> also make sure that any change is done with the Associate's knowledge.

EXAMPLE: An Associate clocks out at 7:00pm but is called back to assist a customer for 15 minutes. A Manager must change the clock-out time punch to 7:15pm <u>and</u> confirm the change with the Associate.

4.

Confidential

STAGE (Crosby) 0002582

Are there <u>other</u> circumstances in which a Manager may edit an Associate's time record?

# Answer: NO!

The 2 situations in which a Manager <u>must</u> edit an Associate's time punches are the <u>only</u> legitimate reasons for editing time punches.

In other words, a Manager <u>may</u> edit an Associate's time punches <u>only</u>:

1. to correct an discrepancy between the time punch and the time that the Associate actually started or stopped working;
2. to enter a forgotten time punch

5.

Confidential

STAGE (Crosby) 0002583

# But what if an Associate does not actually work after he/she clocks in?

Example: An Associate arrives to work at 9:55am and clocks in. She then spends the next 10 minutes away from the sales floor, chatting in the break room.

Question: May the Manager edit the Associate's time punch to 10:05am?

Answer: **NO!** This is not one of the 2 legitimate reasons for editing a time punch.

**What should a Manager do instead of changing this Associate's time punch?**

- Manage the Associate's performance. Let her know that she must take care of personal business before clocking in and that she must attend to her job duties after clocking in.

- Use constructive discipline for repeat offenses. For example: 2nd offense = a verbal counseling; 3rd offense = a written warning; 4th offense = a final warning that any similar infractions will result in termination.

6.

Confidential

STAGE (Crosby) 0002584

# What are the consequences for a Manager's failure to comply with these expectations?

Stage takes these time-keeping obligations very seriously.  Managers will face discipline, up to and including termination, in these situations:

- Editing/changing an Associate's time without their knowledge;
- Editing/changing an Associate's time other than for a legitimate reason (to correct an error,  and to enter a forgotten time punch)
- entering the wrong time for any Associate, including themselves;
- asking or allowing any Associate to work "off the clock" or without pay;
- allowing any Associate to clock in or out for someone else;
- tolerating an Associate's repeated failure to clock in or out;
- any other action that violates the law or Stage's time-keeping policies.

7.

Confidential

STAGE (Crosby) 0002585

# Examples of Improper Time Record Changes

**Example 1:**  A Manager takes an Associates actual hours from one week and adds the hours to the next week.  This results in an Associate not being paid in the week in which it was earned, and possibly results in the Associate not receiving overtime pay.

**Why?**  The Manager is attempting to avoid exceeding weekly payroll hours.

**Consequence:**  Termination

**Example 2:**  A Manager changes an Associate's actual clock in/out so that it matches the Associate's work schedule.

**Why?**  To avoid exceeding weekly payroll hours.

**Consequence:**  Termination

8.

Confidential

STAGE (Crosby) 0002586

# Examples of Unlawful Time Record Changes

(continued)

**Example 3:**    A Manager asks an Associate to work while not clocked in (or knows that the Associate is working "off the clock").

**Why?**    To stay under weekly payroll hours

**Consequence:**    Termination

**Example 4:**    A Manager enters or changes her own time to reflect a time she was not present and working.

**Why?**    To give her supervisor (SM/DM) the impression that he/she arrived at work on time and is working the required hours.

**Consequence:**    Termination.  Although, this will not impact the salaried Store Manager's pay, it is a falsification of a time record.

9.

Confidential

STAGE (Crosby) 0002587

# Meal Breaks

- Unless state law requires otherwise, Stage provides:
  - a 60-minute, unpaid meal break when the Associate is scheduled to work more than 6 hours

- Meal breaks are unpaid.

- Managers will ensure that Associates take their meal break as near as possible to the middle of the Associate's shift.

- Associates are to take their meal breaks in a timely manner and within their shift.

- Managers are to counsel Associates who fail to clock in/out for their meal break.

- **ASK YOUR REGIONAL HUMAN RESOURCES MANAGER IF YOU HAVE QUESTIONS OR CONCERNS.**

10.

Confidential

STAGE (Crosby) 0002588

# Best Practices

- Never allow Assistant Managers to use another AM's or SM's credentials (password) to make changes to Associate's time.

- Don't allow anyone to change their own time.  First offense is probable termination.  Always request another Manager to modify your punch to correct an error.

- Review Weekly Time Card Edit Report for clock-ins/outs that appear suspicious.  The modified punch will be identified with a 'C' next to the time.

- DMs will begin receiving and reviewing the Weekly Time Card Edit Report effective January 9th.    DM will follow up with SM for an explanation for each 'C' on the Report.

- An additional Report that shows original clock-ins/outs may be monitored by HRBP, AP, and Payroll.

- If you are aware of any violations of our Timekeeping Standards, Store Managers and Assistant Managers are obligated to report timekeeping violations by either reporting them to your DM, Regional HR Manager or calling the anonymous Alert Line.

11.

Confidential

STAGE (Crosby) 0002589

# Weekly Time Card Edit Report

## Weekly Time Card Edit Report

| Assoc No.<br>Name<br>Hire Reg/hrs<br>Cat Area Pos Cd | Date | Time<br>In A/C | Time<br>out A/C | Hours | Category | Hours | DateA/C | Loc Category Selling | Hours | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | 08/07 | 02:59p | 08:35p | 5.60 | REGULAR | 28.93 | | | | |
| | 08/08 | 01:56p | 05:00p C | 6.38 | MISC_ST | .50 | 08/07 | | | |
| | | 06:00p A | 09:15p A | | MISC_ST | .23 | 08/08 C | | | |
| 306 | 08/10 | 10:15a | 02:33p | 6.00 | | | | | | |
| | | 03:30p | 05:12p | | | | | | | |
| | 08/11 | 10:01a | 01:01p | 5.98 | | | | | | |
| | | 02:01p C | 05:00p | | | | | | | |
| | 08/13 | 09:59a | 12:43p | 5.70 | | | | | | |
| | | 01:11p | 04:09p | | | | | | | |
| Total Hours Clocked in This Store : | | | | 29.66 | | | | | | |
| Total Hours Paid : | | | | 29.66 | | | | | | |

Confidential

STAGE (Crosby) 0002590

# Questions/Next Steps

- Review this power point presentation with your Assistant Managers and Sr.Ams.
- Acknowledge your understanding and agreement to abide by our Timekeeping Standards in myStage.

  Assistant Managers and Sr.AMs will also be assigned this same task in myStage and asked to acknowledge their understanding.

Confidential

STAGE (Crosby) 0002591

# EXHIBIT G

## TO

## AFFIDAVIT OF
## TIMOTHY MOYER

**In Support of Defendant's Opposition to Plaintiffs' Motion for Court-Authorized Notice Pursuant to Section 216(b) of the Fair Labor Standards Act**

**Re:** *Maya Crosby and Deneen Patton,* **on behalf of themselves and all those similarly situated** *v. Stage Stores, Inc.*

**Court File No. 18-cv-00503**



# 2017 Timekeeping Standards Associate Acknowledgment

Review Period  1/1/2017 - 1/1/2018

## Judith Patton

304-Assistant Store Manager (hourly)
Position

Judith Patton
Full Name

Winchester - 5004
Location

STAGE (Crosby) 0000442



## Overview

### Task Instructions

By signing off and submitting this task, you agree and abide to the Associate Timekeeping Standards as outlined in the Associate Timekeeping Standards Training Guide.

**Click the Get Started button to sign-off on this task.**

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 76 of 96 PageID #: 1123
STAGE (Crosby) 0000443



X Judith Patton
Self

2/1/2017
Date

Case 3:18-cv-00503   Document 43-17   Filed 10/10/18   Page 77 of 96 PageID #: 1124

STAGE (Crosby) 0000444

# EXHIBIT H

# TO

# AFFIDAVIT OF
# TIMOTHY MOYER

**In Support of Defendant's Opposition to Plaintiffs' Motion for Court-Authorized Notice Pursuant to Section 216(b) of the Fair Labor Standards Act**

**Re:** *Maya Crosby and Deneen Patton*, **on behalf of themselves and all those similarly situated** *v. Stage Stores, Inc.*

**Court File No. 18-cv-00503**

# TimeKeeping Policy Update

It's very important to the Company that we always pay our Associates correctly. To ensure we do, we have updated our Timekeeping policy and have added several controls to ensure associates are paid correctly.

As a reminder, all associates are required to use the time clock system to record all their hours worked. Never is an Associate permitted to perform any **work** without first clocking in. Work includes any activities performed on behalf of the Company, whether inside or outside the store, such as: taking deposits to the bank, passing out flyers, attending training sessions or conference calls, addressing post cards, etc. Associates must use their own Associate number to clock in no earlier than 3 minutes before or after the scheduled shift and clock out no later than 3 minutes before or after the scheduled shift.

The most significant change to our Timekeeping policy is as follows: Effective Monday, October 30th, if you miss a time punch or need to have a timekeeping error corrected, you must notify the Manager on Duty and ask for a ***Timekeeping Correction Form*** (Exhibit A) before the end of your shift. This is a new Form that first must be completed and signed by the Associate and then the Manager must review it, complete their portion and sign as well before the Change can be made in the Timekeeping system. The Form is available on the ISP under Forms/HR. A Manager is not permitted to make any additions, deletions or changes to an associate's timekeeping data **without** the associate's **knowledge** and **without documenting** the action on a ***Timekeeping Correction Form.***

Just so you know what the Form looks like, I have printed several out for you to see. Also, I have a example of a Form completed for when an Associate arrived at work, forgot to punch in and did not remember to punch in until they rang up a customer. I have another example of when an Associate failed to punch out at the end of their shift and the Manager had to Add the Time Punch…

This new ***Timekeeping Correction Form*** should not have to be used very often if Associates always remember to clock in and out on time. As stated earlier, it is the Associate's responsibility to clock in and out at the start of work, for meal break and at the end of the work shift. An associate will be subject to discipline, up to and including termination, for violations of this policy, including but not limited to:

o        repeatedly failing to clock in or out, on time;

o        using another associate's ID to clock in or out;

o        falsifying a Timekeeping Correction Form;

o        working overtime without authorization; or

o        knowingly working off the clock.

To ensure the Timekeeping Correction Form is properly being used for every time a Change or Add is made to the Timekeeping system, a question will be added to the Operational Audit. The DAPM will review the Week to Date Hour Recap and for every Change made to an Associate's time punches, the DAPM will ask to see the completed and signed Timekeeping Correction Form.

Confidential

STAGE (Crosby) 0002593

Confidential
STAGE (Crosby) 0002594



*This form is to be completed by an Associate whenever the Associate forgets to clock in/out or is requesting a change to their actual clock in/out. The Store Manager is to complete and approve their portion, and then file the form in the Associate's personnel folder.*

**FOR ASSOCIATE'S USE**

| Associate Name: | | | | | | Store Number: |
|---|---|---|---|---|---|---|

| Associate Number: | | | | | | Week Ending: |
|---|---|---|---|---|---|---|

| Date of Error | Start Time | Meal Out Time | Meal in Time | End Time | Reason (missed punch, time correction) | Associate Signature: |
|---|---|---|---|---|---|---|
| | | | | | | Date: |

**FOR MANAGER'S USE ONLY**

| | Start Time | Meal Out Time | Meal In Time | End Time | Manager Name: |
|---|---|---|---|---|---|
| Original Punch Time | | | | | Signature: |
| Updated Punch Time | | | | | Date: |

Revised 2/2017

---

 **TIMEKEEPING CORRECTION**

*This form is to be completed by an Associate whenever the Associate forgets to clock in/out or is requesting a change to their actual clock in/out. The Store Manager is to complete and approve their portion, and then file the form in the Associate's personnel folder.*

**FOR ASSOCIATE'S USE**

| Associate Name: | | | | | | Store Number: |
|---|---|---|---|---|---|---|

| Associate Number: | | | | | | Week Ending: |
|---|---|---|---|---|---|---|

| Date of Error | Start Time | Meal Out Time | Meal in Time | End Time | Reason (missed punch, time correction) | Associate Signature: |
|---|---|---|---|---|---|---|
| | | | | | | Date: |

**FOR MANAGER'S USE ONLY**

| | Start Time | Meal Out Time | Meal In Time | End Time | Manager Name: |
|---|---|---|---|---|---|
| Original Punch Time | | | | | Signature: |
| Updated Punch Time | | | | | Date: |

Revised 2/2017

Confidential
STAGE (Crosby) 0002595

# EXHIBIT I

# TO

# AFFIDAVIT OF
# TIMOTHY MOYER

**In Support of Defendant's Opposition to Plaintiffs' Motion for Court-Authorized Notice Pursuant to Section 216(b) of the Fair Labor Standards Act**

**Re:** *Maya Crosby and Deneen Patton,* **on behalf of themselves and all those similarly situated** *v. Stage Stores, Inc.*

**Court File No. 18-cv-00503**

# STORE MANAGER'S
# DAILY UPDATE
## FRIDAY, APRIL 8, 2016



BEALLS
GOODY'S
PALAIS ROYAL
Peebles
STAGE
*one family of stores* STAGE

## DRIVING SALES

### CUSTOMER APPRECIATION DAYS & DOORBUSTER EVENT
◆ **Customer Appreciation Days:** Monday, 4/4 – Thursday, 4/14
  ◆ **Shop Now Dates:** Monday, 4/4 – Sunday, 4/17
    ◆ Extra 20% Off Purchases
  ◆ **Shop Later Dates:** Friday, 4/8 – Sunday, 4/10
    ◆ Extra 40% Off up to Two Single Items
◆ **Doorbuster Event Dates & Times**: Friday, 4/8 2pm – Close **AND** Saturday, 4/9 Open – 5pm
◆ Doorbuster event will be promoted via digital messaging (text and email) to customers and will feature 10 super deals targeted towards the entire family
  ❑ Refer to the April Week 1 Sales Event Sheets (SES) for details
◆ Attached is a copy of the email featuring the 10 super deals that customers will receive



Customer Appreciation Catacard

## NEW!

### HANNAH KNIT ESSENTIAL TOP
◆ Hannah Essential Knit Tops (wall program) are currently ringing at 30% Off per the SES, but should be ringing at $19.99 as part of the Customer Appreciation event thru Thursday, 4/14
  ◆ Department 1626, Regular Price $30.00 (Hang tags on the tops feature: ESS Wall 2, ESS Wall 3 or ESS Wall 4. The numbers notate the month received)
◆ The tops will ring correctly in the POS today, Friday, 4/8
❑ Stores are to price override the tops to $19.99 until they ring correctly in the POS
❑ Ensure the 22x28 Spot on Savings sign is displayed (refer to image)



22x28 $19.99 Spot
On Savings Signs

### 40 & FABULOUS ENTRANCE BANNER SIGNS
◆ To promote customer awareness of our 40 & Fabulous program, stores are to install their 24x72 40 & Fabulous Entrance Banner signs effective immediately
❑ The banners are to remain displayed until directed otherwise per the Signing Guidelines section of the Weekly Planner (refer to image)



24x72 Entrance
Banner

## IMPORTANT REMINDER

### REMINDER: WORKING OFF THE CLOCK
◆ Per our Associate Handbook, it is illegal for hourly paid Associates to work off the clock and not receive compensation for all time worked
◆ Associates are not to work "off the clock" before or after their scheduled shift, even if cleaning up or completing tasks that should have been done during the shift
◆ Associates must be compensated for completing tasks outside of the store such as taking the deposit to the bank, passing out flyers, etc. and must be compensated for any training or conference calls conducted outside of work schedule
◆ Associates must be paid for all time worked during the payroll period week on the appropriate pay period (hours cannot be moved to another payroll week to avoid overtime payment)
◆ It is prohibited for an Associate to "volunteer" their time to accomplish work tasks or be asked to take home work
❑ Associates who are asked to work off the clock are to contact their Human Resources Business Partner or call the Associate Key Line at 888-633-6539 to report
  ◆ The Associate Key Line's telephone number is also available in Associate paychecks and the HR Communications Board

### ASSOCIATE MESSAGE
It's very important you ALWAYS clock in & out so you are paid correctly. NEVER work 'off the clock.' Call HR or Key Line if asked to work 'off the clock.'

*MANAGEMENT TEAM "SIGN-OFF" SECTION*
To ensure each member of the Management Team has reviewed the Daily Update and understands the content, initial below.
**Retain in Management Planner for 30 Days.**

Store Manager: _____ Management: _____ _____ _____ _____ Visual: _____ DM: _____

Confidential
STAGE (Crosby) 0002482

# EXHIBIT J

## TO

## AFFIDAVIT OF
## TIMOTHY MOYER

**In Support of Defendant's Opposition to Plaintiffs' Motion for Court-Authorized Notice Pursuant to Section 216(b) of the Fair Labor Standards Act**

**Re:** *Maya Crosby and Deneen Patton,* **on behalf of themselves and all those similarly situated** *v. Stage Stores, Inc.*

**Court File No. 18-cv-00503**

# STORE MANAGER'S WEEKLY PLANNER

## April 3 – 9, 2016



BEALLS
GOODY'S
PALAIS ROYAL
Peebles
STAGE

*our family of stores* **STAGE**

## DRIVING SALES

### CUSTOMER APPRECIATION EVENT




- ◆ **Customer Appreciation Days:** Monday, 4/4 – Thursday, 4/14
- ◆ **10 Big Ways to Save**
  1. **Shop Now Dates:** Monday, 4/4 – Thursday, 4/7
     - ◆ $10 Off a Purchase of $10 or More
  2. **Shop Now Dates:** Monday, 4/4 – Sunday, 4/17
     - ◆ Extra 20% Off Purchases
  3. **Shop Later Dates:** Friday, 4/8 – Sunday, 4/10
     - ◆ Extra 40% Off up to Two Single Items
  4. **Clearance Event Dates:** Monday, 4/11 – Sunday, 4/17
     - ◆ Extra 50% Off Clearance Purchases
  5. **Shop Later Dates:** Friday, 4/15 – Tuesday, 4/19
     - ◆ $10 Off a $25 or More Purchase

**Event Dates:** Monday, 4/4 – Thursday, 4/14
  6. **Buy One, Get One 50% Off Fashion Jewelry**
     - ◆ By Hannah, Signature Studio and Wishful Park
  7. **30% Off Women's Sandals**
     - ◆ By Fergalicious by Fergie Libby, B.O.C. Sharin and Jellypop Park or Monaco
  8. **40% Off Carter's & Oshkosh**
     - ◆ Including tees, shorts and sets for Girls and Boys
  9. **40% Off Chaps Collection for Men**
     - ◆ Short-sleeved polos, short-sleeved woven shirts and shorts
  10. **40% Off Entire Stock Outdoor Living**
     - ◆ Including beach towels, rolling coolers and totes

### NEW ACCOUNT SPECIAL OFFER – 15% PLCC FIRST DAY DISCOUNT POS PULSE EVENT

- ◆ **Dates:** Sunday, 3/27 – Saturday, 4/9
- ◆ Customers receive 15% Off Purchases when they open <u>AND</u> use their new Private Label Credit Card (PLCC) Account
  - ◆ The 15% Off will apply when the New Account discount option is chosen at the Point of Sale (POS)
  - ◆ This Pulse Event will be supported by in-store signage, Pin Pad messaging and eMedia messaging

#### OFFERING CREDIT TO CUSTOMERS BEST PRACTICES

- ❑ Educate team members on the best way to offer the credit card
  - ◆ Customers who were asked in the following ways accepted 81% more often (33% vs. 18%):
    - ◆ Asking the customer to sign up for a card before scanning the items
    - ◆ Using the term "Rewards" card when first mentioning the card
    - ◆ Describing the perks of the card during offer
    - ◆ Using a second attempt when customer denies first offer
- ❑ Inform Associates to talk about "rewards" card benefits on the sales floor as an increase in conversation on the sales floor may lead to more interest in the credit card
- ❑ Share with customers that opening a credit card only takes a few minutes (3 minutes on average from start to finish!)

### ASSOCIATE MESSAGES

**Saturday, 4/2:** Final Day for the 40% off Pulse Event! Customers will receive an extra 40% off first day purchases when they open and use their new PLCC account

**Sunday, 4/3:** 15% Off Pulse Event continues thru 4/9! Ask EVERY customer "Will you be redeeming any Payback Rewards today" to start the credit conversation

**Monday, 4/4:** 30 Days of Giving continues! Customers and Associates may donate $1, $5 or $10 via the Pin Pad to receive a 30% Off a Single Item coupon valid 5/2 - 5/5.

Confidential
STAGE (Crosby) 0002483

## DRIVING SALES

### SPRING LOWEST PRICE OF THE SEASON EVENT
- ◆ **Dates:** Wednesday, 3/30 – Sunday, 4/3
- ◆ **Event Features:**
  - ◆ 50% – 60% Off Apparel, Shoes & more for the family, plus 70% off Fine Jewelry
    - ◆ No coupons needed to save!
    - ◆ Customers will receive a $10 Bounce Back coupon for every $50 they spend during event
      - ◆ Bounce Back coupon valid Friday, 4/8 – Thursday, 4/14
      - ◆ Coupon may not be combined with any other coupons or discounts
      - ◆ Regular EXCLUSIONS apply
  - ◆ Extra 50% Off Clearance Purchases Coupon
    - ◆ Valid Wednesday, 3/30 – Sunday, 4/3
- ❏ Store the collateral for future use or until directed to discard at the end of the event

### APRIL WEEK 1 BOUNCE BACK COUPON
- ◆ **Earn Dates:** Monday, 4/4 – Tuesday, 4/12
- ◆ **Burn Dates:** Friday, 4/15 – Sunday, 4/17
  - ◆ 50% Off Clearance Purchases

### MARCH WEEK 5 BOUNCE BACK COUPON
- ◆ **Earn Dates:** Wednesday, 3/30 – Sunday, 4/3
- ◆ **Burn Dates:** Friday, 4/8 – Thursday, 4/14
  - ◆ Customers will receive a $10 Bounce Back coupon for every $50 they spend

### MARCH WEEK 4 BOUNCE BACK COUPON
- ◆ **Earn Dates:** Thursday, 3/24 – Tuesday, 3/29
- ◆ **Burn Dates:** Monday, 4/4 – Thursday, 4/7
  - ◆ 40% Off a Single Item with any Purchase

### APRIL COUPON BOOK
- ◆ **Dates:** Monday, 4/4 – Thursday, 4/7
  - ◆ $10 Off a Purchase of $25 or More
- ◆ **Dates:** Monday, 4/4 – Sunday, 4/17
  - ◆ Extra 20% Off Purchases
- ◆ **Dates:** Friday, 4/8 – Sunday, 4/10
  - ◆ Extra 25% Off up to Two Single Items
  - ◆ Extra 30% Off up to Two Single Items for customers who text **FLOWERS** to 38228

### MARCH COUPON BOOK
- ◆ **Dates:** Wednesday, 3/30 – Tuesday, 4/5
  - ◆ Extra 50% Off Clearance Purchases

### NIKE INSTANT REBATE
- ◆ Select Women's, Men's and Kid's shoe styles will have an instant rebate **Wednesday, 3/30 – Sunday, 4/3**
- ◆ Rebate is only good on SELECT Nike Regular Priced Yes! shoes and will automatically ring in the Point of Sale system
- ❏ Refer to the attached memo for details

### HANGING FLIP FLOPS
- ❏ Ensure all promotional Women's hanging sandal inventory is out of backstock and on the appropriate fixture on the accessories or shoe pad per the Spring 2016 Floorplans
  - ◆ Department is 1117, Class 106
  - ◆ This includes sandals from Capelli, Olivia Miller and SunDancer (Regular Price $24)
- ❏ Ensure sandals are merchandised by vendor, by style, top to bottom
- ❏ Refer to the attached spreadsheet for images by vendor
  - ◆ NOTE: Spreadsheet contains 3 tabs

Confidential STAGE (Crosby) 0002484

## STORE OPERATIONS

**Sunday, 4/3**
- ◆ Lowest Price of the Season Event – Final Day
- ◆ Beauty Week – Final Day
- ◆ 15% Off Pulse event begins (thru Saturday, 4/9)
- ◆ 30 Days of Giving Campaign continues (thru Saturday, 4/30)

**Monday, 4/4**
- ❑ Sign off on payroll by 3pm (Correct clock ins as needed; Add ALL vacation, sick pay, etc. to ensure all Associates are paid timely and accurately)
- ❑ Complete Markdowns
- ❑ Spring/Summer Style by Invitation Event
  - ◆ Stores are to host their Spring/Summer Style by Invitation between Monday, 4/4 and Friday, 7/29
  - ◆ Stores received Invitations in the 3/30 Mail Pack
  - ◆ Event Memo & Tip Sheet are posted to the Intranet at Forms/Style by Invitation
- ❑ Customer Appreciation Event begins (thru Thursday, 4/17)
  - ◆ Stores are to complete the Sale Set Compliance Audit by end of day Wednesday, 4/6

**Tuesday, 4/5**
- ◆ 40 & Fabulous Day
  - ◆ Stores received additional 40 & Fabulous Bag Stuffers in the 3/30 Mail Pack
    - ❑ Distribute to customers at the Point of Sale upon receipt until stock is depleted
- ❑ Begin Mother's Day set (complete by Thursday, 4/14)

**Wednesday**
- ❑ Complete the Sale Set Compliance Audit for Customer Appreciation Event

**Thursday, 4/7**
- ❑ Submit **Freight Count eForm**

## CSO CONFERENCE CALL
- ◆ As a reminder, each 2nd Monday of the fiscal month our Chief Stores Officer (CSO) Russ Lundy will host an all-store conference call
- ◆ The next call will be held on Monday, 4/11 at 10:30am CST/11:30am EST
- ◆ The call will last approximately 30 minutes
- ❑ Call details will be provided to stores prior to the call

## WELLNESS PREMIUM HOLIDAY
- ◆ Stage Stores cares about your health and well-being and is committed to empowering you with the knowledge and tools you need to lead a healthy lifestyle
- ◆ If you and your enrolled spouse, if applicable, take part in **TWO** of the approved wellness activities below by October 1, 2016, will qualify you for a premium holiday, meaning you will not have a medical premium deduction taken out of your first paycheck in February 2017!
- ◆ **Featured Activities**
  - ◆ Annual Physical
  - ◆ Annual Well Woman Exam
  - ◆ Annual Mammogram
  - ◆ Annual Pap Smear and Pelvic Exam
  - ◆ Annual Flu Shot
    - ◆ Enrollment in any one of the following:
      - ◆ BCBS Smoking Cessation
      - ◆ BCBS Weight Management
      - ◆ BCBS Special Beginnings Maternity Program
  - ◆ Onsite or Offsite Wellness Screening
- ❑ Refer to the attached memo for complete details and share with all applicable Associates
- ❑ Print and post the memo on the HR Communications Board (in the place of the Internal_External Procedures poster)

Confidential

# STORE OPERATIONS

## EMPLOYEE REFERRAL BONUS
- Stage Stores Employee Referral Bonus plan has been updated
- An Associate who refers a Store Manager or Senior Assistant Manager who is hired will receive **$500** after 6 months of service of the referred Associate
- An Associate who refers a Counter Manager or Beauty Advisor who is hired will receive **$250** after 6 months of service of the referred Associate
- An Associate who refers an Assistant Manager or other Associate who is hired will receive **$100** after 3 months of service of the referred Associate
- ❑ Refer to the attached memo for complete details and share with all Associates
- ❑ Print and post the memo on the Incentives & Recognition Communications Board (in the place of the Wanted poster)

## RTV'S (RECALLS) & CONSOLIDATIONS EFFECTIVE 3/25
- ❑ Verify that all 3/25 RTV's & Consolidations are complete
    - ❑ Ensure that totes/boxes containing Consolidated product (Great Hotels Collection Treviso 425 TC Sheets or Jansport Backpacks) are CLEARLY labeled "**TREVISO SHEETS**" or "**JANSPORT BACKPACKS**" on the outside of the shipping container
    - ❑ Details & Instructions memos are posted to the Intranet at Forms/ 3.25 RTVs_Consolidations for reference
- ❑ Ensure ALL RTV's and Consolidations are to be shipped on the FIRST available truck (as this truck may be the only truck received over the next week)

## REMINDER: WORKING OFF THE CLOCK
- Per our Associate Handbook, it is illegal for hourly paid Associates to work off the clock and not receive compensation for all time worked
- Associates are not to work "off the clock" before or after their scheduled shift, even if cleaning up or completing tasks that should have been done during the shift
- Associates must be compensated for completing tasks outside of the store such as taking the deposit to the bank, passing out flyers, etc.
- Associates must be compensated for any training or conference calls conducted outside of work schedule (this must not be completed during an unpaid meal break)
- Associates must be paid for all time worked during the payroll period week on the appropriate pay period (hours cannot be moved to another payroll week to avoid overtime payment)
- It is prohibited for an Associate to "volunteer" their time to accomplish work tasks
- It is prohibited for an Associate to take work home with them to complete or read, i.e. addressing post cards/invitations, other paperwork or literature/training material
- It is prohibited to trim an Associate's hours worked to save payroll
    - If an Associate consistently works beyond their scheduled hours after you have advised them not to, follow the progressive discipline guidelines to correct going forward
    - For example: an Associate was scheduled to work until 6:00pm, but the Associate did not punch out until 6:15pm, 15 minutes cannot be trimmed from the Associate's hours worked

## SPRING/SUMMER REUSABLE TOTES
- Stores will receive reusable totes at .98 YES! pricing beginning April Week 1 (reusable totes will consist of four designs)
    - Stores will receive 1 to 3 boxes (containing 100 bags each) of the Spring/Summer designs
- ❑ Display the totes on a T-stand near Team One or your busiest register
- ❑ Stuff one tote with tissue paper and place in front/on aisle to display
- ❑ Print and display the "Reusable Bag" sign located on the Intranet at Signs/YES SIGNS



Spring/Summer Reusable Tote Designs

## 30 DAYS OF GIVING CAMPAIGN
- **Event Dates:** Friday, 4/1 – Saturday, 4/30
- Customers/Associates may donate $1, $5 or $10 via the in-store Pin Pad
- Customers/Associates who donate will receive a 30% Off Savings Pass



Pin Pad Display Example



11x14 Door Sign & 7x5.5 Sign Insert



Thank You Coupon



Register Tent

## STORE OPERATIONS

### WE'RE LOOKING FOR WOMEN OF INSPIRATION
- **Tell us about a friend, family member, coworker or even yourself**
- As part of Stage Stores' commitment to bring our customers style, value and inspiration, we're looking for real, relatable women with a great sense of personal style
- Let us share your story to illustrate our **"Real Life, Real Style"** solutions for women—for all the stages she's on and all the stages she's in
- We invite you to submit a short paragraph to tell us about a friend, family member, coworker or even yourself by submitting the **Women Who Inspire eForm** with the below information:
    - Women with a great sense of personal style
    - A can-do spirit that will inspire other women
    - A real, relatable story our customers can identify with
    - Interesting hobbies or activities that keep her inspired
    - Women who juggle the responsibilities of a family and/or career—and do it all with finesse
- Selected women will be invited to take part in an interview and photo shoot that could be featured in our print, digital and social advertising campaign

## JEWELRY

### COSTUME JEWELRY
☐ Costume Jewelry will be marking down 135,936 units of Full Ticket merchandise to 50% Off effective April Week 1

### MERCHANDISING STRATEGIES
- Handbag Charms:
    - 500 stores are receiving an average of 60 units of handbag charms
    - ☐ Merchandise the charms on a jewelry trend table if available
        - ☐ Stores without the trend table are to merchandise on 30" white round table
        - ☐ Refer to the March 2016 VMi for merchandising details
- Boho Luxe Bracelets:
    - ☐ Ensure bracelet bars are out on the floor (50 stores) and merchandised per the March 2016 VMi
    - Remaining stores will receive bracelets that need to be merchandised on the fashion tower
        - ☐ Remove bracelets from the packaging and clasp them on the Signature panel of the fashion tower

### FINE JEWELRY
- Fine Jewelry will be marking down 9,731 units of Full Ticket merchandise to 70% Off effective April Week 1
    - ☐ Ensure all markdowns are taken and merchandised accordingly
- ☐ Ensure that several re-issued RTV's in Department 1496 are complete
- A **new adjustable necklace and bracelet program** is delivering now to 587 doors
    - The program consists of **2 parts:**
        1. **Swarovski crystal** adjustable necklaces and bracelets:
            - ☐ Merchandise on NEW plastic necklace T-stand and NEW plastic bracelet bar
            - ☐ Place the fixtures on top of the diamond/gemstone case (lead case)
            - ☐ Display the corresponding 11x14 sign next to the merchandise
        2. **Genuine stone** adjustable necklaces and bracelets:
            - ☐ Merchandise on the top shelf of the diamond/gemstone case (lead case)
            - ☐ Merchandise on existing necklace forms and bracelet bars



**NEW** Plastic T Stand

**NEW** Plastic Bracelet Bar

Crystal Adjustables

### FASHION ACCESSORIES
- ☐ Verify the Cold Weather RTV, re-issued 3/25, is complete and items are sent back to the Distribution Center
- Effective April Week 1 gifts will be Marked Out of Stock (MOS)



Genuine Stone Adjustables

## PCA'S

### PCA'S MONDAY, 4/4 (AVERAGE)

| Area | FULL UNITS | NON-CLEAR UNITS | 50% UNITS | 60% UNITS | 70% UNITS | KILL UNITS | TOTAL UNITS |
|------|-----------|-----------------|-----------|-----------|-----------|------------|-------------|
| 1300 FRAGRANCES | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1301 COSMETICS | 0 | 0 | 1 | 2 | 0 | 0 | 4 |
| 1010 MENS | 8 | 39 | 72 | 0 | 0 | 0 | 119 |
| 1070 YOUNG MENS | 0 | 0 | 40 | 0 | 0 | 0 | 40 |
| 1110 SHOES | 0 | 3 | 0 | 0 | 0 | 0 | 3 |
| 1200 CHILDRENS | 44 | 0 | 0 | 0 | 0 | 0 | 44 |
| 1400 INTIMATE APPAREL | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1442 HOME_GIFTS | 24 | 0 | 13 | 0 | 0 | 0 | 37 |
| 1445 HOME IMPULSE | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1464 ACCESSORIES | 0 | 2 | 177 | 0 | 12 | 0 | 191 |
| 1534 ACTIVE/SEASONAL | 0 | 0 | 21 | 0 | 0 | 0 | 21 |
| 1624 MISSY SPORTSWEAR | 0 | 128 | 278 | 0 | 17 | 0 | 423 |
| 1566 PETITE SPORTSWEAR | 0 | 16 | 67 | 0 | 0 | 4 | 87 |
| 1567 PLUS SPORTSWEAR | 0 | 0 | 157 | 0 | 0 | 0 | 157 |
| 1710 YG CONTEMP_JRS | 0 | 0 | 162 | 0 | 0 | 0 | 162 |
| 1800 DRESSES | 1 | 0 | 53 | 0 | 0 | 0 | 54 |
| **TOTAL** | **78** | **188** | **1040** | **2** | **29** | **4** | **1340** |

*Total Units are based on average units by store

## MARKDOWNS – BEST PRACTICES

Prioritize this week's markdowns in the following order:
1. 1624 Missy Sportswear
2. 1464 Accessories
3. 1710 Young Contemporary_Juniors
4. 1567 Plus Sportswear
5. 1010 Men's
6. 1566 Petite Sportswear
7. 1800 Dresses
8. 1200 Children's
9. 1070 Young Men's
10. 1442 Home & Gifts

◆ Follow your Store Hours Chart and do not exceed the hours given in the Store Hours Chart
◆ PCA's will show estimated quantities by store (Refer to the last column to the right titled "Est Qty")
◆ Performing markdowns in this order will improve your WTD Markdown Compliance score
◆ Note: The WTD Markdown Compliance Audit includes the units on hand to be re-ticketed by day and how many units actually have been re-ticketed (it will show the current week's markdowns)
❑ Stores MUST scan at least one of each style/color if using the Quantity function to print multiple tickets at once
❑ In the event your store experiences technical issues, report the issue to the Help Desk for technical resolution FIRST, then inform Store Ops via email of the issue AND that the Help Desk has been contacted

### MANAGEMENT TEAM "SIGN-OFF" SECTION
To ensure each member of the Management Team has reviewed the Daily Update and understands the content, initial below.
**Retain in Management Planner for 30 Days.**

Store Manager: _____ Management: _____ _____ _____ _____ Visual: _____ DM: _____

# SIGNING GUIDELINES

## April 3 - 9

| | | SUN 4/3 | MON 4/4 | TUES 4/5 | WED 4/6 | THURS 4/7 | FRI 4/8 | SAT 4/9 |
|---|---|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| **11x2 DOOR STRIPS** | | | | | | | | |
| | Top **FRONT** left and right door strip | | | | | | | |
| | Bottom **FRONT** left and right door strip | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| | Top **BACK** left and right door strip | | | | | | | |
| | Bottom **BACK** left and right door strip | | | | | | | |
| **PROMOTIONAL (Lowest Price of the Season)** | | | | | | | | |
| 24x72 Entrance Banner — 11x14 Sign FRONT Left Door Sign Holder, 11x14 Sign FRONT Right Door Sign Holder, 11x14 Sign BACK Left Door Sign Holder, 11x14 Sign BACK Right Door Sign Holder | | ✔ | | | | | | |
| **PROMOTIONAL (Style Circle Reward Stores ONLY)** | | | | | | | | |
| 24x72 Entrance Banner — 11x14 Sign FRONT Left Door Sign Holder, 11x14 Sign FRONT Right Door Sign Holder, 11x14 Sign BACK Left Door Sign Holder, 11x14 Sign BACK Right Door Sign Holder | | ✔ | | | | | | |
| **PROMOTIONAL (Customer Appreciation)** | | | | | | | | |
| Stores ARE NOT to display Banner Stands in Windows — 11x14 Sign FRONT Left Door Sign Holder, 11x14 Sign FRONT Right Door Sign Holder, 11x14 Sign BACK Left Door Sign Holder, 11x14 Sign BACK Right Door Sign Holder | | | ✔ | | ✔ | ✔ | ✔ | ✔ |
| **PROMOTIONAL (Style Circle Reward Stores ONLY)** | | | | | | | | |
| Stores ARE NOT to display Banner Stands in Windows — 11x14 Sign FRONT Left Door Sign Holder, 11x14 Sign FRONT Right Door Sign Holder, 11x14 Sign BACK Left Door Sign Holder, 11x14 Sign BACK Right Door Sign Holder | | | ✔ | | ✔ | ✔ | ✔ | ✔ |

Confidential

STAGE (Crosby) 0002489

# SIGNING GUIDELINES

## April 3 - 9

| | SUN 4/3 | MON 4/4 | TUES 4/5 | WED 4/6 | THURS 4/7 | FRI 4/8 | SAT 4/9 |
|---|---|---|---|---|---|---|---|
| **PROMOTIONAL (40 & Fabulous )** | | | ✓ | | | | |
| **PROMOTIONAL (40 & Fabulous – Style Circle Reward Stores ONLY)** | | | ✓ | | | | |
| **PREMIER REWARDS – Credit Relaunch** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **"GARDEN PARTY" SET PRESENTATION** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **STYLE CIRCLE REWARDS (Pilots A & B)** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

### PROMOTIONAL (40 & Fabulous )



11x14 Sign **FRONT Left** Door Sign Holder
11x14 Sign **FRONT Right** Door Sign Holder
11x14 Sign **BACK Left** Door Sign Holder
11x14 Sign **BACK Right** Door Sign Holder
24x72 Entrance Banner

club 40 day!    club 40 day!
15' Exterior Banner or 10' Exterior Banner

### PROMOTIONAL (40 & Fabulous – Style Circle Reward Stores ONLY)



11x14 Sign **FRONT Left** Door Sign Holder
11x14 Sign **FRONT Right** Door Sign Holder
11x14 Sign **BACK Left** Door Sign Holder
11x14 Sign **BACK Right** Door Sign Holder
24x72 Entrance Banner

club 40 day!    club 40 day!
15' Exterior Banner or 10' Exterior Banner

### PREMIER REWARDS – Credit Relaunch



22x28 Fitting Room Signage
22x28 Entrance Vestibules (where applicable)

**NOTE**: Omit the "Stage shop family of stores" 22x28 sign if your store only has 2 entrance sign holders

- 7x8 15% Off Pulse Credit Toppers with New 7x5.5 Payback Reward sign
- Use on LEFT side of fixtures

### "GARDEN PARTY" SET PRESENTATION



### STYLE CIRCLE REWARDS (Pilots A & B)



Do **NOT** display Banner Stands in Windows and Mobile Overheads

**REMOVE Immediately**, if displayed

Confidential
STAGE (Crosby) 0002490

## COUPONS

### April 3 - 9

| | SUN 4/3 | MON 4/4 | TUES 4/5 | WED 4/6 | THURS 4/7 | FRI 4/8 | SAT 4/9 | END DATE |
|---|---|---|---|---|---|---|---|---|
| **Glisten Up Beauty Event**<br>$10 Off a $25 or More Beauty Bar, Nail Bar, Lip Bar or Cosmetics Accessories Purchase | ✔ | | | | | | | 4/3 |
| **Spring Lowest Price of the Season**<br>Extra 50% Off Clearance Purchases | ✔ | | | | | | | 4/3 |
| **Nike Instant Rebate**<br>Women's, Men's and Kid's Shoes | ✔ | | | | | | | 4/3 |
| **March Coupon Book**<br>Extra 50% Off Clearance Purchases | ✔ | ✔ | ✔ | | | | | 4/5 |
| **March Week 4 Bounce Back Coupon**<br>**Earn:** Thursday, 3/24 – Tuesday, 3/29<br>**Burn:** Monday, 4/4 – Thursday, 4/7<br>40% Off a Single Item with any Purchase | ✔ | ✔ | ✔ | ✔ | ✔ | | | 4/7 |
| **Customer Appreciation Event**<br>$10 Off a Purchase of $10 or More | | ✔ | ✔ | ✔ | ✔ | | | 4/7 |
| **April Coupon Book**<br>$10 Off a Purchase of $25 or More | ✔ | ✔ | ✔ | ✔ | ✔ | | | 4/7 |
| **Customer Appreciation Event**<br>Extra 20% Off Purchases | | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 4/17 |
| **April Coupon Book**<br>Extra 20% Off Purchases | | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 4/17 |
| **March Week 5 Bounce Back Coupon**<br>**Earn:** Wednesday, 3/30 – Sunday, 4/3<br>**Burn:** Friday, 4/8 – Thursday, 4/14<br>Customers will receive a $10 Bounce Back coupon for every $50 they spend | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 4/14 |
| **Tuxedo Events – Tux Stores Only**<br>$10 Off any Gold Tuxedo/$20 Off any Diamond Series or Platinum Tux Rentals | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 7/31 |
| **April Week 1 Bounce Back**<br>**Earn:** Monday, 4/4 – Tuesday, 4/12<br>**Burn:** Friday, 4/15 – Sunday, 4/17<br>50% Off Clearance Purchases | | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 4/17 |
| **Customer Appreciation Event**<br>Extra 40% Off up to Two Single Items | | | | | | ✔ | ✔ | 4/10 |
| **April Coupon Book**<br>Extra 25% Off up to Two Single Items<br>Extra 30% Off up to Two Single Items for customers who text **FLOWERS** to 38228 | | | | | | ✔ | ✔ | 4/10 |

Confidential STAGE (Crosby) 0002491

| **THINGS TO DO** | **EMERGENCY PREPAREDNESS** |
|---|---|

**THINGS TO DO**

- ☐ Perform "Start of Day" on ISP
- ☐ Check 31 Day file
- ☐ Review reports:
  - Sales vs LY
  - Sales vs Plan
  - Avg. $ Sale
  - New Accounts & Applications vs Plan
  - Magazine Effective Conversion Rate
- ☐ Check eMails before 10am and after 5pm
- ☐ Treatment stores only: check SYS APPS for submitted DIF and approve any outstanding
- ☐ Pass out Things To Do
- ☐ Check for name tags and appropriate dress code
- ☐ Complete Daily Reconciliation
  - Verify Deposit and Balance Safe
  - Register Shortages reconciled and reported
  - Send Sales Audit corrections eForm, if needed (Policy 2.1.4)
  - Match up suspended transaction, attach to Total Store Accounting Totals report and file
  - Deposit taken to bank by 1pm
    NOTE: H & I stores deliver on Mon. & Thur.
  - Ensure all paperwork is filed
  - Mail in validated deposit slips (select stores)
- ☐ Correct missing Clock In/Out every day – do not wait until Monday
- ☐ **CLOSE READY TO OPEN CHECKLIST (CRO)**
  - Execute & sign off on CRO List daily
  - Ensure fitting rooms & restrooms are clean
  - Ensure no one is left in fitting rooms & restrooms at closing
  - Ensure fixtures are full and straightened throughout the day
  - Make sure fixtures are set to floor plans
  - Ensure wrap station plexis are filled with appropriate items
  - Pull all expired holds
  - Process damages daily (ship to D.C. when store has a full box)

**CLOSING**

- Treatment stores only: check SYS APPS for submitted DIF box and review DIF processing
- Pick up register deposit bags from Team one (15 min prior to closing)
- Make sure all handhelds are powered on and in the cradle charging
- Close register & verify ending bank
- Prepare deposit – verify against Total Store Accounting Totals report (place completed deposit in safe)
- Close ISP, lock safe

**EMERGENCY PREPAREDNESS**

Listed below are general guidelines to prepare for severe weather

- ☐ Monitor weather reports. Contact your District Manager to discuss potential emergency preparations
- ☐ Determine which Key holders/Associates live the closest and can keep the store open **if safe to do so**
- ☐ Locate your store's **Emergency Operating Procedures** packet (it should be in the safe) and follow the guidelines for Severe Weather Preparation Procedures (tab 1). It is not necessary to review the remainder of the packet unless the store is impacted
  NOTE: Contact the Call Center NOW if you do not have Emergency Operating Procedure packets
- ☐ Make sure your store's Emergency Phone Numbers and Associate Contact Log is up to date in your packet. (Additional "Associate Contact Log" are located on the Intranet/Forms/ Emergency Operating forms folder, if needed)
  - Plan alternate communications, such as cell phones. Pass out numbers to appropriate Associates. Do this NOW, Do **NOT WAIT**. Ensure DMs have key personal contact numbers
  - Review Associates schedule, in case you need to bring Associates who live closest to the store in sooner
- ☐ Have needed supplies handy in case of wet floors from snow, rain, etc. (i.e, shovel, Wet Floor signs). Keep floor mopped up
- ☐ Be sure to distribute the 3 copies of the booklet as shown in the procedures
  - Review **"Prior to Severe Weather Procedures"** and **"Store Closing/Evacuation Procedures"** in the Emergency Operating Procedures packet before evacuating
  - Refer to **"After Severe Weather Procedures"** (located in the Emergency Operating Procedures packet), if needed, when you are able to return, and you are able to check on the store

If you have any questions, contact your District Manager

Confidential                                                                                       STAGE (Crosby) 0002492

## April 3 - 9

### Sunday, 4/3
- ☐ Correct missing Clock In/Out every day
- ☐ Execute & sign off on CRO List daily

Use the fields below to track Sales and New Account Goals, as well as Sales and New Account actuals each day. Use the Magazine Report printed daily to track your Effective Conversion Rate (ECR) Week-to-Date actual.

**Sales Goal:** _____ **New Account Applications:** _____ **Magazine ECR Goal:** _____

**Sales Actual:** _____ **New Accounts Activated:** _____ **Magazine ECR WTD Actual:** _____

### Monday, 4/4
- ☐ Correct missing Clock In/Out every day
- ☐ Test EAS Systems by swiping sensored merchandise across each system
- ☐ Send validated/verified copies of deposit slips to Stage Stores Sales Audit Department, if applicable
- ☐ Sign off on payroll by 3pm. Remember to add vacation, sick pay, etc.
- ☐ Continue edits for April Week 2 schedules
- ☐ Wear Credit name badge ribbons (if available). Check for name tags and appropriate dress code
- ☐ Check "Revisions Additions" tab for new or revised signs
- ☐ Process damages. Scan cartons outbound when loading on next available truck. Ship when store has a full box of damages
- ☐ Execute & sign off on CRO List daily

Use the fields below to track Sales and New Account Goals, as well as Sales and New Account actuals each day. Use the Magazine Report printed daily to track your Effective Conversion Rate (ECR) Week-to-Date actual.

**Sales Goal:** _____ **New Account Applications:** _____ **Magazine ECR Goal:** _____

**Sales Actual:** _____ **New Accounts Activated:** _____ **Magazine ECR WTD Actual:** _____

### Tuesday, 4/5
- ☐ Install Club 50 collateral prior to opening (use banner in stand banner)
- ☐ Correct missing Clock In/Out every day
- ☐ Review April Week 2 schedules. Complete final edits and print
- ☐ Remove Club 50 collateral at closing
- ☐ Execute & sign off on CRO List daily

Use the fields below to track Sales and New Account Goals, as well as Sales and New Account actuals each day. Use the Magazine Report printed daily to track your Effective Conversion Rate (ECR) Week-to-Date actual.

**Sales Goal:** _____ **New Account Applications:** _____ **Magazine ECR Goal:** _____

**Sales Actual:** _____ **New Accounts Activated:** _____ **Magazine ECR WTD Actual:** _____

### Wednesday, 4/6
- ☐ Correct missing Clock In/Out every day
- ☐ Wear Credit name badge ribbons. Check for name tags and appropriate dress code
- ☐ Post final schedules for April Week 2 by 5pm
- ☐ Enter Time Off Requests for April Week 3
- ☐ Check Associates approaching overtime via Timekeeping Application
- ☐ Check Shoe Dept. for missing sale signs on display shoes
  - Continue to utilize "nesting" of 4x3 signs to minimize sign printing
- ☐ Execute & sign off on CRO List daily

Use the fields below to track Sales and New Account Goals, as well as Sales and New Account actuals each day. Use the Magazine Report printed daily to track your Effective Conversion Rate (ECR) Week-to-Date actual.

**Sales Goal:** _____ **New Account Applications:** _____ **Magazine ECR Goal:** _____

**Sales Actual:** _____ **New Accounts Activated:** _____ **Magazine ECR WTD Actual:** _____

Confidential

STAGE (Crosby) 0002493

## April 3 - 9

### Thursday, 4/7
- [ ] Correct missing Clock In/Out every day
- [ ] Review System Generated Schedules for April Week 3
- [ ] Check "Revisions/Additions" tab for new signs
- [ ] Wear Credit name badge ribbons (if available). Check for name tags and appropriate dress code
- [ ] Execute & sign off on CRO List daily

Use the fields below to track Sales and New Account Goals, as well as Sales and New Account actuals each day. Use the Magazine Report printed daily to track your Effective Conversion Rate (ECR) Week-to-Date actual.

| Sales Goal: _____ | New Account **Applications**: _____ | **Magazine ECR Goal:** _____ |
| Sales Actual: _____ | New Accounts **Activated**: _____ | **Magazine ECR WTD Actual:** _____ |

### Friday, 4/8
- [ ] Wear Credit name badge ribbons. Check for name tags and appropriate dress code
- [ ] Discuss store weekend sales goals with Associates
- [ ] Correct missing Clock In/Out every day
- [ ] Ensure WOW Plexi fixtures, miscellaneous cash wrap supplies, Deluxe Boxes & gift wrap supplies at appropriate registers are full. Ensure signing for Deluxe Boxes and gift wrap is up and display presented neatly
- [ ] Check "Revisions Additions" tab for new or revised signs
- [ ] Print & review Weekly Planner with Things To Do and Cosmetic & Fragrance Planner, after 5pm
- [ ] Execute & sign off on CRO List daily

Use the fields below to track Sales and New Account Goals, as well as Sales and New Account actuals each day. Use the Magazine Report printed daily to track your Effective Conversion Rate (ECR) Week-to-Date actual.

| Sales Goal: _____ | New Account **Applications**: _____ | **Magazine ECR Goal:** _____ |
| Sales Actual: _____ | New Accounts **Activated**: _____ | **Magazine ECR WTD Actual:** _____ |

### Saturday, 4/9
- [ ] Correct missing Clock In/Out every day
- [ ] Wear Credit name badge ribbons (if available). Check for name tags and appropriate dress code
- [ ] Execute & sign off on CRO List daily

Use the fields below to track Sales and New Account Goals, as well as Sales and New Account actuals each day. Use the Magazine Report printed daily to track your Effective Conversion Rate (ECR) Week-to-Date actual.

| Sales Goal: _____ | New Account **Applications**: _____ | **Magazine ECR Goal:** _____ |
| Sales Actual: _____ | New Accounts **Activated**: _____ | **Magazine ECR WTD Actual:** _____ |

Confidential

STAGE (Crosby) 0002494